# In the United States Court of Federal Claims

No. 98-726C
(Filed: September 12, 2003)

*************************************
**GRASS VALLEY TERRACE,** *
**A CALIFORNIA LIMITED** *
**PARTNERSHIP, et al.**, *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*************************************

## ORDER

It is hereby ORDERED that the parties' joint motion for an enlargement of time that was filed on August 29, 2003, be granted. The current deadlines for fact discovery are extended by ninety days per the parties' request. The revised timetable for discovery will be as follows:

| | |
|---|---|
| Close of fact discovery: | December 11, 2003 |
| Plaintiffs' expert report due: | January 8, 2004 |
| Defendants' expert report due: | January 22, 2004 |
| Close of expert discovery: | February 12, 2004 |
| Status Report to the Court: | February 19, 2004 |

S/ Chief Judge Edward J. Damich