IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRASS VALLEY TERRACE, A CALIFORNIA LIMITED PARTNERSHIP, et al., | ) | |
| Plaintiffs, | ) | No. 98-726C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENLARGEMENT OF**
**TIME TO CONDUCT DISCOVERY AND TO FILE EXPERT REPORTS**

Pursuant to Rules 6(b) and 26 of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiffs, Grass Valley Terrace, et al., and defendant, the United States, respectfully request an enlargement of time of 15 weeks to conclude expert and fact discovery and file expert reports in this case. Fact discovery is currently set to close on December 11, 2003, with expert reports to be filed January 8 and 22, 2004, and expert discovery to be completed by February 12, 2004. This is the parties' second joint motion to enlarge the time for completing discovery and filing expert reports. Previously, defendant requested and was granted two extensions of time for this purpose. Counsel for both parties have discussed this motion and consent to the Court amending the remaining deadlines in this case as set forth below.

The parties have been working to complete discovery by the current deadline of December 11, 2003. The parties have engaged in, and substantially completed, written discovery. However, the parties are continuing to attempt to resolve amicably several matters concerning the scope and breadth of the written discovery. In addition, the parties are in the process of scheduling depositions and have determined that additional time will be required to

complete this undertaking in an effective manner. As set forth in our previous motion, two of the depositions of plaintiffs' witnesses have not gone forward due to the deaths of the named witness. Plaintiffs' are continuing to identify alternative witnesses to testify in their place. Other depositions have been difficult to schedule due to counsel and/or witness availability. In some cases, direct scheduling conflicts have arisen between counsel or the witnesses as a result of this and several related cases.

For example, the same counsel responsible for litigating this case are simultaneously litigating several related cases, e.g., Franconia Assoc. v. United States, No. 97-381C (Fed. Cl.) (post trial briefing concluded on October 30, 2003); Allegre Villa v. United States, No. 98-823C (Fed. Cl.) (Government combined response/reply to motion for summary judgment filed on November 24, 2003; plaintiff's reply presently due on or before December 8, 2003); Bellas Domas, et. al. v. United States, No. 98-826C and Adams v. United States, No. 96-699C (Fed. Cl.) (written discovery on ripeness pending for both parties); A.F.T.E.R. v. United States, 03-2264C (Government's motion to dismiss filed on December 1, 2003; plaintiff's response presently due on January 2, 2003). The undersigned Government counsel is also presently defending the Government in a related case represented by a different law firm, Atwood-Leisman v. United States, 98-815 (Fed. Cl.) (fact discovery to close on January 30, 2004). All of the cases set forth above involve common Government employees who administered the programs at issue. In addition to actively assisting Government counsel with written discovery in all of the cases set forth above, some of these employees have been, and continue to be, named as testifying witnesses for trial and/or depositions.

As a result of counsel's continuing obligations in the cases set forth above, the unavailability of several key witnesses, and the fact that discovery for either party has not yet been completed, the parties jointly request that the Court amend the current discovery schedule in this case as set forth below.

| | |
|---|---|
| Close of fact discovery: | March 4, 2004 |
| Plaintiffs' expert report due: | April 14, 2004 |
| Defendant's expert report due: | May 5, 2004 |
| Close of expert discovery: | May 25, 2004 |
| Status Report to the Court: | June 3, 2004 |

We believe that the requested enlargement of time will allow the parties to complete discovery in this action in an effective manner. Accordingly, we respectfully request that the joint motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

David M. Cohen by Shalom Brilliant

DAVID M. COHEN
Director

Jeff H. Eckland /by Mark J. Blando

JEFF H. ECKLAND
Faegre & Benson LLP
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tele: (612) 766-7000
Fax: (612) 766-1600

Attorneys for Plaintiffs

Dated: 12/4/03

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643

Attorneys for Defendant

Dated: 12/4/03