# In the United States Court of Federal Claims

No. 98-726C
(Filed: January 9, 2004)

***************************************
**GRASS VALLEY TERRACE, A CALIFORNIA LIMITED PARTNERSHIP, et al.**,

Plaintiffs,

v.

**THE UNITED STATES**,

Defendant.
***************************************

## ORDER

It is hereby ORDERED that a status conference in this case will be held on Wednesday, January 21, 2004 from 2:00-3:00 PM eastern time. Parties will be prepared to discuss the status of the case and the reason for the continuing need for extensions of time to complete discovery.

All parties shall appear via telephone. Counsel for each party shall call Chief Judge Damich's judicial assistant, Carolyn Palmer-Miller, at (202) 219-1433 one business day before the conference and provide the number where he or she can be reached.

S/ Chief Judge Edward J. Damich