# In the United States Court of Federal Claims

No. 98-726C
(Filed: January 28, 2004)

**************************************
**GRASS VALLEY TERRACE,** *
**A CALIFORNIA LIMITED** *
**PARTNERSHIP, et al.**, *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
**************************************

**ORDER**

It is hereby ORDERED that the status conference in this case that was originally scheduled for January 21, 2004 is now re-scheduled for Thursday, February 12, 2004 at 10:00 AM eastern time. Parties will be prepared to discuss the status of the case and the reason for the continuing need for extensions of time to complete discovery.

All parties shall appear via telephone. Counsel for each party shall call Chief Judge Damich's judicial assistant, Carolyn Palmer-Miller, at (202) 219-1433 one business day before the conference and provide the number where he or she can be reached.

S/ Chief Judge Edward J. Damich