# In the United States Court of Federal Claims

No. 98-726C
(Filed: February 20, 2004)

***************************************
**GRASS VALLEY TERRACE, A CALIFORNIA LIMITED PARTNERSHIP, et al.**,

Plaintiffs,

v.

**THE UNITED STATES**,

Defendant.
***************************************

**ORDER**

It is hereby ORDERED that the new schedule of activity in this case is as follows:

March 5, 2004: Deadline for either party to file a Motion to Compel. The parties shall confer before this date and attempt to resolve any outstanding discovery issues.

June 4, 2004: Close of fact discovery. All fact discovery will close on this date. Also, if either party plans to file a dispositive or partially dispositive motion in this case, it must so inform the Court by this date.

July 16, 2004: Plaintiff's expert report due.

August 6, 2004: Defendant's expert report due.

August 27, 2004: Close of expert discovery.

September 3, 2004: Status report due to the Court.

No further extensions of time will be granted in this case. If discovery disputes arise in this case, the parties are urged to promptly contact the Court so that these problems may be resolved.

S/ Chief Judge Edward J. Damich