IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRASS VALLEY TERRACE, A CALIFORNIA LIMITED PARTNERSHIP, et al., | ) | |
| Plaintiffs, | ) | No. 98-726C (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DECLARATION OF WILLIAM G. HAMM

I, William G. Hamm, declare as follows:

1. I have been retained by the United States Department of Justice to give expert testimony in this case, and in several other cases, including American Capital Corporation v. United States, No. 95-523C (Fed. Cl.), and Bank of America, FSB. v. United States, No. 95-660C (Fed. Cl.).

2. A principal part of the testimony that I expect to give in this case is an analysis of the content and methodology of the damages model presented by plaintiffs' expert witness, and I intend to include this analysis in my expert report.

3. Based upon the schedule established by the Court's February 20, 2004 order in this case, and based upon the trial schedules in American Capital and Bank of America, I had expected to have at least two weeks within which to analyze plaintiffs' expert report and address it in my report. I was aware that plaintiffs' expert report in this case would be due on July 16, 2004, and that my report would be due on August 6, 2004. My testimony in American Capital was not expected to affect this effort, because I was scheduled to complete my testimony in that case in June 2004. In Bank of America, trial was to commence on July 12, 2004, and I was scheduled to complete my testimony during the week of July 19, 2004.

4. Trial in Bank of America did commence on July 12, 2004, and I began my testimony during the week of July 19, 2004. However, my testimony, including cross-examination, was not completed that week, and I was required to resume my testimony on Tuesday, July 27, 2004, and to continue the following day. I did not return to my office in Emeryville, California, until the evening of July 28, 2004.

5. Although a copy of plaintiffs' expert report was delivered to my office in Emeryville on July 19, 2004, I was able to do little more than read the "Summary of Opinions" section and review some of the attached exhibits prior to returning to my office on July 28, 2004.

6. In addition, my testimony in American Capital was not completed in June as expected. I am scheduled to resume on August 9, 2004, and therefore will have to return to Washington, D.C. on August 8, 2004. As a result, I will have to devote some time during the first week in August preparing for that testimony.

7. Because of these unanticipated developments in American Capital and Bank of America, I will have had only approximately one week within which to address plaintiffs' expert report by the current due-date of my report in this case. I believe that, in order to properly address plaintiffs' damages analysis in my expert report, I will require at least one additional week after I complete my testimony in American Capital.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 29, 2004.

William G. Hamm

WILLIAM G. HAMM