# In the United States Court of Federal Claims

No. 98-726C
(Filed: August 10, 2004)

*************************************
**GRASS VALLEY TERRACE, A CALIFORNIA LIMITED PARTNERSHIP, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
*************************************

## ORDER

Defendant's July 30, 2004 Unopposed Motion for Enlargement of Time is hereby DENIED. This Court made clear in its February 20, 2004 order that no further extensions of time would be granted in this case. This case was stayed for an inordinately long period of time, almost two years, while the parties attempted settlement and prepared for potential dispositive motions and trial. Furthermore, the schedule that is currently in place was agreed to by both of the parties. In this Court's view, there was ample time built into the schedule for the parties to prepare their cases and resolve potential problems without having to resort to seeking extensions of time.

The schedule in this case remains as it was set in this Court's February 20, 2004 order.

S/ Chief Judge Edward J. Damich