IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRASS VALLEY TERRACE, A CALIFORNIA LIMITED PARTNERSHIP, et al., | ) | |
| Plaintiffs, | ) | No. 98-726C (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of February 20, 2004, the parties respectfully submit this status report addressing further proceedings in this case.

In accordance with the Court's February 20, 2004 Order, the parties completed discovery in this case on August 27, 2004.

The parties presently believe that the case should proceed to trial, following pretrial proceedings in accordance with RCFC Appendix A, ¶¶ 13-17. However, the parties also believe that the Court's recent decision in Franconia Associates, et al. v. United States, 97-381 (Fed. Cl., August 30, 2004), may affect how they should proceed in this case, and they require time to evaluate the opinion, which is 72 pages in length, exclusive of appendices. Franconia, which was tried in June 2003, involves many of the same legal and factual issues as are involved in this case. The expert witnesses who testified in Franconia are expected to testify in this case as well, and it is also likely that there will be other overlapping evidence in both cases.

Accordingly, the parties propose that they file another joint status report on or before September 29, 2004, setting forth a more specific proposed pretrial schedule. This will enable the parties to determine what effect, if any, the recent decision in Franconia should have upon

their pretrial planning in this case, and to incorporate that determination in the proposed pretrial schedule.

Regarding a status conference, assuming that plaintiffs' counsel may appear by telephone, the parties propose October 4, 5, or 13, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643

Attorneys for Defendant

Dated: 9/3/04

Jeff H. Eckland/by Mark J. Blando
JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 305-4440
Fax: (612) 305-4439

Attorneys for Plaintiffs

Dated: 9/2/04