# In the United States Court of Federal Claims

No. 98-726C

(Filed: October 5, 2004)

| | |
|---|---|
| **GRASS VALLEY TERRACE, A CALIFORNIA LIMITED PARTNERSHIP, et al.,** | * |
| Plaintiffs, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

It is hereby ORDERED that the parties shall file a Joint Status Report on or before October 14, 2004 which details any remaining issues in the case. The Joint Status Report shall further state whether the parties intend to file dispositive motions or whether they anticipate proceeding to trial.

It is further ORDERED that a status conference in this case will be held on Wednesday, October 20, 2004 at 2:00 PM Eastern Time. Parties shall be prepared to discuss the status of the case and to set a schedule either for trial or for filing dispositive motions.

All parties shall appear via telephone. Counsel for each party shall call Chief Judge Damich's judicial assistant at (202) 219-1433 one business day before the conference and provide the number where he or she can be reached. This status conference will be held off the record unless counsel for either party affirmatively requests, by fax or email to this Chambers, at three business days prior to the status conference, that a reporter be present.

As was noted in the Court's previous order, no further extensions of time will be granted in this case.

s/ Edward J. Damich

Edward J. Damich

Chief Judge