IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRASS VALLEY TERRACE, A CALIFORNIA LIMITED PARTNERSHIP, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | ) | No. 98-726C, and consolidated cases (Chief Judge Damich) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of November 5, 2004, the parties respectfully propose the following discovery and pretrial schedule:

| | |
|---|---|
| January 4, 2005: | Service of initial disclosures pursuant to RCFC 26(a)(1) relating to the claims of Quincy Investment Group and Northway Investment Group. |
| February 11, 2005: | Completion of fact discovery relating to the claims of Quincy Investment Group and Northway Investment Group. |
| March 3, 2005: | Service of plaintiffs' expert report relating to the claims of Quincy Investment Group and Northway Investment Group. |
| March 22, 2005: | Service of defendant's expert report relating to the claims of Quincy Investment Group and Northway Investment Group. |
| April 15, 2005: | Completion of expert discovery relating to the claims of Quincy Investment Group and Northway Investment Group. |
| April 21, 2005: | Meeting of counsel pursuant to RCFC Appendix A, ¶ 13. |
| May 5, 2005: | Due date for plaintiffs' filings pursuant to RCFC Appendix A, ¶¶ 14(a), 15, and 16. |

| | |
|---|---|
| June 2, 2005: | Due date for defendant's filings pursuant to RCFC Appendix A, ¶¶ 14(b), 15, and 16. |
| June 23, 2005: | Pretrial conference. |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Eckland & Blando
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 305-4440
Fax: (612) 305-4439

Attorney for Plaintiffs

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Fax: (202) 305-7643
Tele: (202) 305-7561

Attorneys for Defendant

Dated: November 24, 2004

**Filed Electronically**
**with the consent of the Attorney for Plaintiffs**