# In the United States Court of Federal Claims

Nos. 98-726C, 98-726-2C through 98-726-14C and
04-1299C & 04-1317C
(Consolidated)
(Filed: December 6, 2004)

**************************************
**GRASS VALLEY TERRACE,** *
**A CALIFORNIA LIMITED** *
**PARTNERSHIP, et al.**, *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
**************************************

## ORDER

A status conference in this case was held on November 29, 2004. During the status conference the parties discussed the scheduling of trial and issues relating to the statute of limitations for two Plaintiffs in this case. The Court indicated that it would provide a draft pretrial order for the parties to use as a blueprint for proposing a pretrial schedule in this case.

Pursuant to the discussions held therein, the Court hereby orders the following:

(1) A trial in this case shall be held in Madison, WI beginning on July 19, 2005, with a pretrial conference held prior to the July 4th holiday.

(2) The parties shall file a Joint Status Report on or before January 4, 2005. The status report shall indicate whether Defendant will be filing a Motion to Dismiss based on the statute of limitations issues discussed during the status conference. The status report shall include a proposed pretrial schedule based on the draft pretrial order attached to this order (in modifiable PDF format). The parties should fill in the blanks in the draft pretrial order (each blank indicated by an asterisk) and submit it as an attachment to their status report.

(3) The proposed discovery schedule relating to the claims of Quincy Investment Group and Northway Investment Group included in the status report filed on November 24, 2004, shall be modified by the parties to the extent necessary to accommodate a July 19, 2005 trial date, and resubmitted in the status report.

s/ Edward J. Damich
Edward J. Damich
Chief Judge