IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRASS VALLEY TERRACE, A CALIFORNIA LIMITED PARTNERSHIP, et al., | ) | |
| Plaintiffs, | ) | No. 98-726C, and consolidated cases (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order of December 6, 2004, the parties respectfully submit the following information.

(1) The parties propose the following discovery schedule relating to the claims of Quincy Investment Group and Northway Investment Group:

| | |
|---|---|
| January 12, 2005: | Service of initial disclosures pursuant to RCFC 26(a)(1) relating to the claims of Quincy Investment Group and Northway Investment Group. |
| March 3, 2005: | Completion of fact discovery relating to the claims of Quincy Investment Group and Northway Investment Group. |
| March 17, 2005: | Service of plaintiffs' expert report relating to the claims of Quincy Investment Group and Northway Investment Group. |
| April 5, 2005: | Service of defendant's expert report relating to the claims of Quincy Investment Group and Northway Investment Group. |
| April 21, 2005: | Completion of expert discovery relating to the claims of Quincy Investment Group and Northway Investment Group. |

(2) Defendant hereby advises the Court that it intends to file a motion to dismiss based upon the statute of limitations issues discussed during the November 29, 2004 status conference for certain properties owned by NRCB Limited Partnership and The Highlands Limited Partnership, and any other similarly situated properties in this litigation. The parties propose that defendant's motion be filed on or before March 11, 2005.

(3) Pursuant to the Court's order , the parties have completed and attached a draft pretrial order that the parties propose to be entered in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 305-4444
Fax: (612) 305-4439

Attorney for Plaintiffs

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643

Attorneys for Defendant

Dated: January 4, 2005

**Filed Electronically**
**with the consent of the Attorney for Plaintiffs**