# In the United States Court of Federal Claims

Nos. 98-726C, 98-726-2C through 98-726-14C and
04-1299C & 04-1317C
(Consolidated)
(Filed: January 7, 2005)

*************************************
**GRASS VALLEY TERRACE, A CALIFORNIA LIMITED PARTNERSHIP, et al.**,

Plaintiffs,

v.

**THE UNITED STATES**,

Defendant.
*************************************

## ORDER

On January 4, 2005, the parties filed a Joint Status Report in which they advised the Court that Defendant intends to file a Motion to Dismiss based upon statute of limitations issues concerning various Plaintiffs. The parties further proposed a discovery schedule relating to the claims of Quincy Investment Group (04-1317C) and Northway Investment Group (04-1299C).

The Court will adopt the proposed discovery schedule, but notes that pretrial exchanges of information will have already occurred by the time expert discovery closes. The parties shall be prepared to supplement their pretrial disclosures as necessary **without disrupting the pretrial schedule** set in a separate order issued on this day.

Therefore, the Court hereby ORDERS that the following discovery schedule be adopted for the claims of Quincy Investment Group and Northway Investment Group:

(1) Service of initial disclosures pursuant to RCFC 26(a)(1) shall take place on or before **January 12, 2005**.

(2) Fact discovery shall be completed on or before **March 3, 2005**.

(3) Plaintiffs' expert report shall be served on Defendant on or before **March 17, 2005**.

(4) Defendant's expert report shall be served on Plaintiffs on or before **April 5, 2005**.

(5) Expert discovery shall be completed on or before **April 21, 2005**.

The Court further orders that Defendant's Motion to Dismiss shall be filed on or before **March 11, 2005**.

s/ Edward J. Damich
Edward J. Damich
Chief Judge