INDEX TO THE APPENDIX

PAGE

Letter (with attachments) from Christopher J. Koh, Owner, to Joan Barry, FmHA District Loan Specialist, requesting prepayment of Viewmont East and Heritage Apartments, July 22, 1992 . . . . . 1

Letter from Joan Barry, FmHA District Loan Specialist, to Christopher J. Koh, Owner, regarding prepayment of Viewmont East and Heritage Apartments, August 20, 1992 . . . . . 5

Letter from Christopher J. Koh, Owner, to Joan Barry, FmHA District Loan Specialist, regarding prepayment of Viewmont East and Heritage Apartments, August 25, 1992 . . . . . 7

July 22, 1992

Ms. Joan Barry
FmHA District Loan Specialist
1011 E. Main Street, Suite 306
Puyallup, WA. 98372

JUL 3 0 1992

RE: Prepayment request of the Viewmont East and Heritage apartment mortgages - Project Numbers: 01-2 and 02-4 respectively.

Dear Joan,

In early December of 1991, we discussed with Don Wagoner our intentions to pay off the mortgages of our two complexes in Port Orchard. As you may recall, we both felt that it was unjust to not be able to utilize the FmHA reserve accounts for our income taxes. Over the past several months, the Department of Housing and Urban Development (HUD Section 223(f)) has been reviewing our documents, appraisals and inspection reports. Today, we expect to receive firm committment any time from HUD to refinance the properties.

As you know from your annual site inspection in February, we are continuing to make improvements to the operations of the Viewmont East and Heritage Apartments. Just a few days ago, you and I discussed the complete painting of the exteriors in progress and imminent, weather permitting, roofing. Our manager and assistants are all on site to respond to both our tenant and your needs. I personally visit the apartments at least twice twice a month to check the complexes. Despite the refinancing, our long term committment to you and HUD is to provide warm clean and comfortable housing to those individuals of Section 8 lower incomes. We will continue to manage and administer the apartments in accordance with the Federal Fair Housing Act, HUD and all local regulations.

Please review the information we have compiled in the FmHA 1965-B Exhibit C format and the sample letter to be sent to all our tenants. Your positive outlook and expeditious cooperation towards the prepayment of Viewmont East and Heritage is appreciated.

Sincerely, Christopher J. Koh

Christopher J. Koh, Owner
6669 NE Windermere Rd.
Seattle, WA. 98115 (206) 523-9919

GV 8375

6669 NE Windermere Rd
Seattle WA 98115
August 1, 1992

All Tenants
Viewmont East And Heritage Apt.
Port Orchard, WA 98366

Dear Tenants:

Subject: Paying off FmHA mortgage

You will be receiving a certified letter from the Farmers Home administration notifying you of our intent to refinance the property in which you are currently residing.

The mortgage for both the Viewmont East and Heritage apartments is from FmHA, U. S. Department of Agriculture. We intend to pay off the FmHA mortgage through HUD refinancing.

We wish to emphasize that the operations of the Viewmont East and Heritage apartments will remain the same. Everything will be unchanged except that we shall pay our mortgage to a HUD institution instead of the FmHA. At this time, Seattle Mortgage Company is handling all the paperwork.

<u>We want to remind you that your rent is determined entirely by HUD. Whether the mortgage is from FmHA or any other HUD financial institution has nothing to do with the amount of your rent today or in the future.</u>

We are committed to providing warm, clean, comfortable Section 8 housing to you. We are optimistic that you will continue to work with us in improving the management of the apartments. With your support and HUD's, the outlook is very bright into the next decade.

<u>Repeating, the entire operation and rent determination (By HUD) of the Viewmont East and Heritage shall remain intact.</u>

Call me at 523-9919 if there are any questions. Thank you for your attention.

Sincerely yours,

Christopher J. Koh

Christopher J. Koh, Owner

GV 8376

Report on Prepayment FmHA 1965-B Exhibit C July 22, 1992

1. Borrowers- Maria L. Koh, Audrey S. Koh, Barbara E. Koh, Christopher J. Koh, David A. Koh

2. Project- Heritage Apartments

3. Case number- 560180027302601
Project number- 02-4

4. Date of Assumption of Original loan- June 30th, 1989

5. Type of borrower entity and plan of operation-
The family as owner has assigned management of the apartments to Christopher J. Koh. The day to day business including the rent collection is handled by the resident and assistant managers. Both managers have been managing Section 8 housing for many years and are well aware of the FmHA guidelines. They consult with Christopher J. Koh on any non-routine questions. The income and expenses are computerized and the financial reports are prepared and audited by a CPA. There is no management agent besides the owners.

6. Number of units in the project- 56

7. Number of elgible tenants presently occupying units-
All 56 units are occupied by Section 8 tenants.

8. Estimated replacement cost per unit- $40,000 per unit

9. Estimate of the number of households that will be displaced as a result of pre prepayment-
None. As stated in our letter to you, letter enclosed to be mailed out to tenants, and the HUD Section 223(f) refinance application, we are commited to providing Section 8 housing and therefore will not be displacing any households.

10. Estimated relocation cost of the households being displaced- None. Note the above

11. An indication of the displaced households' ability to pay relocation costs-
Due to that which is stated above, this is not applicable.

12. Income range of tenants in the project- $0 to $600 per month.

13. Number of elderly tenants in the project- 1 currently

14. Present rents and rents projected after prepayment-
Please see attached rent roll. Following prepayment, the rents will continue to be those established by HUD.

15. Number and type of Section 8 or RA units, and whether Section 8 will continue after prepayment-

There are 8 one bedroom units, 40 two bedroom units and 8 three bedroom units. Section 8 government subsidized housing will continue on all these units even after prepayment.

a. Earliest date borrower can "opt out" of Section 8-

The borrower/owners of the apartments have no intentions of "opting out" of Section 8 even into the year 2000! We do have a Housing Assistance Payments (HAP) contract with HUD to provide Section 8 housing until at least September 1999. It is our understanding through previous conversations with HUD and other Section 8 private property owners, that following the expiration of the HAP contract, HUD shall continue to subsidize a tenant's rent and we shall provide warm, clean, comfortable housing.

16. Any cause of displacement other than rent-

Tenants are expected to abide by all rules and regulations of their rental agreement, the complex, HUD and all government laws. Among others, in an attempt to provide comfortable housing for all tenants, we do not tolerate drugs, gangs or violence.

17. Availability of other vacant units in the area and their rental structure-

Cedar Heights is the only other HUD Section 8 property in the area. Below are listed the monthly rents of three market rate apartment complexes.

| | 1 Bdrm | 2Bdrm | 3Bdrm |
|---|---|---|---|
| A. Mariner Glenn Apartments<br>1333 SE Compass Ln. Port Orchard | $510 | $640 | $715 |
| B. Orchard Park Apartments<br>2950 Tumbleweed Ln. P.O. | $515 | $595 | $755 |
| C. Orchard Point<br>100 West Lippert St. P.O. | $525 | $625 | N.A. |

* UNITED STATES DEPARTMENT OF AGRICULTURE

Farmers Home Administration

District Director 1
1011 E. Main St. Suite 306
Puyallup, WA 98372
Tele: (206) 845-9272

August 20, 1992

Christopher J. Koh
6669 N.E. Windermere Rd.
Seattle, WA 98115

RE: Prepayment Requests
Viewmont East Apartments
Heritage Apartments

ATTN: Christopher Koh

We have received your requests for Prepayment of the above named projects. We will still be in need of other items as we continue processing but we have determined the initial request to be complete as of July 30, 1992.

Attached are copies of certified letters sent to each tenant at Viewmont and Heritage. These letters are dated August 21, 1992 and the tenant will be allowed a 30 day comment period. After that period is ended, Farmers Home Administration has 30 days to make a decision. We also have notified all interested parties, non-profit organizations etc. of your request to prepay off the program.

According to FmHA procedure 1965-B Exh. E V F, leases of tenants who move to the project after the prepayment request, must state that a prepayment of the loan is pending and that they have been given a copy of the letter sent to the tenants in accordance with paragraph III C of Exhibit E. (I have attached sample letters for your use.)

As we proceed with processing your request we will need the following items:

1. Commitment letter from lending institution who has offered to refinance these loans stating rates, terms, dollar amounts, etc.

2. Certification from HUD that they intend to continue the assistance at this project stating the length remaining on the HAP contracts, the dollar amounts attached and if they will renew these contracts when the money is exhausted?

3. Certification from you, the Borrower, that all tenants in place at the time of prepayment (if/when it occurs) will be allowed to remain tenants in residency at HUD rent structures as long as they live.

4. The release/satisfaction documents will carry the restrictive use clause as attached referencing the 20 year lock-in of the assumption that took place in 1989.

* FmHA Farmers Home Administration is an Equal Opportunity Lender. Complaints of discrimination should be sent to: Secretary of Agriculture, Washington, D.C. 20250

Please be advised that prepayment commitments should not be finalized until Agency issues a letter of consent. Approximate date when decision is to be made is October 20, 1992.

J. Barry

JOAN BARRY
District Loan Specialist

Attachments

Ms. Joan Barry
FmHA District Loan Specialist
1011 E. Main Street, Suite 306
Puyallup, WA. 98372

August 25, 1992

RE: Prepayment request of the Viewmont East and Heritage apartment mortgages - Project Numbers: 01-2 and 02-4 respectively.

Dear Joan,

Thank you for your letter of August 20, 1992. The four items that you specified in your letter are/will be submitted to you as soon as they are available:

1. Committment letter from lending institution: We are sending a letter to Seattle Mortgage Co. requesting the committment letter you need. Please see the Attachment 1.

2. Certification from HUD that they intend to continue the assistance at this project. We are sending a letter to HUD requesting their committment letter. Please see Attachment 2.

3. Certification from us, the borrowers: The certification is enclosed herein.

4. The release/satisfaction document to carry the restrictive use clause: We shall include the restrictive use clause with all necessary documents.

In the sample letter sent to our tenants, you reference an approximate pay-off date of February 21, 1993. It has always been my understanding from both you and Don Wagoner, that because we shall continue to provide Section 8 housing, your review and our pay-off would occur within a couple of months of application. October 20th, 92 is the date you reference in your letter to us. As HUD shall be giving us firm committment in September with a locked in interest rate, it is imperative that we target prepayment in October. By February 93, following the presidential election, interest rates will have climbed up, making it no longer as attractive to receive the refinancing.

Please let us know if there are any other steps we should take to speed up the prepayment process.

Thank you for your attention and help.

Sincerely yours,

Christopher J. Koh

Christopher J. Koh