**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GRASS VALLEY TERRACE,<br>a California Limited Partnership, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | File Nos. 98-726C;<br>98-726-2C through 98-726-14C;<br>04-1299C & 04-1317C<br><br>Chief Judge Edward J. Damich |

**DECLARATION OF MARK J. BLANDO**

I, Mark J. Blando, declare as follows:

1. I am a partner in the law firm of Eckland & Blando LLP. I make this Declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss. All facts asserted herein are based upon my personal knowledge.

2. Attached hereto as Exhibit A is an assumption agreement regarding Wishing Well, dated February 23, 1984.

3. Attached hereto as Exhibit B is a Real Estate Deed of Trust dated September 8, 1980, which was marked as Exhibit 30 to the deposition of Tom Vasilatos.

4. Attached hereto as Exhibit C are excerpts from the deposition of Tom Vasilatos.

5. Attached hereto as Exhibit D is a letter from Tom Vasilatos to Jackie Gleason, FmHA Dist. Director, dated November 30, 1989.

6. Attached hereto as Exhibit E is a letter from Tom Vasilatos to Terry Bishop, loan specialist, dated April 15, 1994 with attached Exhibit C.

7. Attached hereto as Exhibit F is a letter from Terry Bishop, loan specialist, to Tom Vasilatos, dated June 13, 1994.

8. Attached hereto as Exhibit G is a letter from Tom Vasilatos to Sanjuanita Morin, Rural Development Specialist, dated December 11, 2000.

9. Attached hereto as Exhibit G is a letter from Sanjuanita Morin, Rural Development Specialist, to Tom Vasilatos dated December 17, 2001.

10. Attached hereto as Exhibit H is an excerpt from the Expert Report of George R. Karvel, Ph.D., regarding the claims of Wishing Well I.

11. Attached hereto as Exhibit J are excerpts from the deposition of James C.Y. Koh.

12. Attached hereto as Exhibit K are excerpts from the Expert Report of George R. Karvel, Ph.D., regarding the claims of Viewmont East Apartments and Heritage Apartments.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 15, 2005 in Minneapolis, Minnesota.

Mark J. Blando