Form FmHA 460-9
(Rev. 2-11-76)

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

Type of Loan: RRH (Specify)
☐ Direct ☒ Insured

# ASSUMPTION AGREEMENT

(Same Terms – Eligible Transferee)

Veteran: ☐ Yes ☐ No
Race (Ethnic Code) Check One: W☐1 N/B☐2 AI☐3 SA☐4 O☐5
Case No. 56 31 27296701

Payments to be made to the District Office

THIS AGREEMENT dated as of February 23, 19 84, between the United States of America, acting through the Farmers Home Administration, herein called the Government, and RCB Limited Partnership - Wishing Well and ~~his wife~~, herein called the assuming parties, whose post office address is 13811 N.E. 40th St. Bellevue, Washington 98005

WITNESSETH:

WHEREAS the Government is the holder or insurer of loan(s) evidenced by certain debt instrument(s) executed by the present debtor(s) * Wishing Well Associates, A Partnership (FmHA Case # 56-31-11325391) and identified as follows:

TABLE I

| KIND OF INSTRUMENT | DATE EXECUTED | PRINCIPAL AMOUNT | UNPAID BALANCE | | INT. RATE | INS. CHG RATE |
|---|---|---|---|---|---|---|
| | | | PRINCIPAL | ACCRUED INTEREST | | |
| Promissory Note | 12-31-75 | 536,700 00 | 473,453.06 | 181.60 | 8 1/8 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WHEREAS in connection with such loan(s) the following described security instrument(s) was (were) taken on property described therein and located in Snohomish County, State of Washington

TABLE II

| KIND OF INSTRUMENT | DATE EXECUTED | OFFICE WHERE RECORDED OR FILED | (BOOK) VOLUME, OR DOCUMENT NO. | PAGE |
|---|---|---|---|---|
| Real Estate ~~Mortgage~~ | 12-31-75 | Snohomish County Auditors | Volume 932 | Page 588-592 |
| | | | And Cross Referenced to Auditors #7601060048 | |
| | | | | |
| | | | | |

NOW THEREFORE, in consideration of (i) the assumption of indebtedness as herein provided, and (ii) the Government's consent to such assumption and to conveyance or transfer of security property to the assuming parties, it is agreed as follows:

*List all persons presently liable under notes, bonds, or assumption agreements.

Position 2



GV 2961

EXHIBIT A

1. The assuming parties hereby jointly a[illegible]rally assume liability for and agree to pay to [illegible]der of the Government, or to the order of the insured holder thr[illegible] the Government if and when an insured hol[illegible] is the holder of said debt instrument(s), at the office of the Farmers Home Administration shown below, the entire unpaid indebtedness under said debt and security instruments in accordance with the terms thereof, except that any Farm Ownership loan installment due and payable thereunder on any March 31 shall be due and payable on the preceding January 1, instead. The assuming parties agree that payments will be applied first to any delinquencies on said indebtedness.

2. The provisions of said debt and security instruments and of any outstanding agreements executed or assumed by the present debtors pertinent thereto shall, except as modified herein, remain in full force and effect, and the assuming parties hereby assume the obligations of and agree to be bound by and to comply with all covenants, agreements and conditions contained in said instruments and agreeements, except as modified herein, the same as if they had executed them as of the dates thereof as principal obligors, including any obligation to pay the Government an insurance charge in addition to interest, if and as provided in any such instruments.

3. REFINANCING AGREEMENT: If at any time it shall appear to the Government that Borrower may be able to obtain a loan from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay the loan(s) hereby assumed in full and, if the lender is a cooperative, to pay for any necessary stock. This paragraph shall not apply to any comaker signing this agreement pursuant to Section 502 of the Housing Act of 1949 to compensate for deficient repayment ability of other undersigned person(s).

4. This agreement shall be subject to present regulations of the Farmers Home Administration and to its future regulations which are not inconsistent with the express provisions hereof.

5. When the loan(s) hereby assumed is held by an insured holder, prepayments made by the assuming parties may, except for final payment, be remitted by the Government to the holder on an annual installment due date basis or other basis established by Farmers Home Administration regulation. Final payment will be remitted promptly. The effective date of every payment made by the assuming parties shall be the date the payment is received by the Farmers Home Administration. The Government will pay the interest to which the holder is entitled accruing between the effective date of the payment and the date of the Treasury check to the holder.

Item 6 - The parties herein assume no personal liability for payment hereof.

Item 7 - The assuming party covenants and agrees that (a) no present or future lien(s) have been or will be attached to the partnership property encumbered by FmHA or the income therefrom, (b) the equity payable to the seller will be provided from outside sources or from any authorized return on investment and not from a planned sale of the project, (c) the right of FmHA to approve or disapprove the substitution of general and limited partners has not and will not be superseded by any agreement between the purchaser and seller that implies prior consent by FmHA on partner changes in the case of default (d) the seller does not and will not have a reversionary interest in the FmHA encumbered property, and (e) the requirements of Section 1965.65 of FmHA Instruction 1965 of FmHA Instruction 1965-B (7 CFR 1965.65) have been met.

[illegible] HOME ADMINISTRATION
District Office I
1445 West Valley Hwy
Auburn, WA 98001
*(Address of County Office)*

☆U.S.GPO:1960-0-665-113/3018

1. The assuming parties hereby jointly a[illegible] [illegible]rally assume liability for and agree to pay to [illegible] [illegible]der of the Government, or to the order of the insured holder thr[illegible] [illegible] the Government if and when an insured hol[illegible] is the holder of said debt instrument(s), at the office of the Farmers Home Administration shown below, the entire unpaid indebtedness under said debt and security instruments in accordance with the terms thereof, except that any Farm Ownership loan installment due and payable thereunder on any March 31 shall be due and payable on the preceding January 1, instead. The assuming parties agree that payments will be applied first to any delinquencies on said indebtedness.

2. The provisions of said debt and security instruments and of any outstanding agreements executed or assumed by the present debtors pertinent thereto shall, except as modified herein, remain in full force and effect, and the assuming parties [illegible] and to comply with all covenants, agreements and conditions [illegible]

ASSUMING PARTIES:
NRCB Limited Partnership - Wishing Well I

By: Tom Vasilatos, General Ptnr. ~~(Husband)~~

By: Charlotte Vasilatos, General ~~(Wife)~~ Partner

UNITED STATES OF AMERICA

BY Charles E. Pogatchnik

District Loan Specialist

FARMERS HOME ADMINISTRATION
District Office I
1445 West Valley Hwy
Auburn, WA 98001 *(Address of County Office)*

☆U.S.GPO:1980-0-665-113/3018

GV 2963