Tom Vasilatos
address
City, State, Zip
(206) 885-9596

November 30, 1989

Jackie Gleason
District Director
FARMERS HOME ADMINISTRATION
15th S.W. and "C" Street
Auburn, Washington 98001

Subject: Prepayment of Wishing Well I Loan

Effective November 30, 1989, National Retirement Community Builder, A Limited Partnership

Dear Ms. Gleason:

NRCB plans to prepay their loan to FMHA and to transfer this project into a nonprofit corporation for the purpose of providing low income housing to the elderly, handicapped, and disabled. The nonprofit corporation will be created by the Vasilatos family. The new nonprofit corporation may add services in the future to accommodate the tenants's needs such as meal service.

Please provide me with a list of additional information that you will need from us at this time. Please underline the data in FMHA 1965-B, that we need to submit to your organization to begin the prepayment process.

The property management of Wishing Well I will continue to be managed by Kemper Consulting Services.

If you desire a meeting or have questions, please contact me at 885-0596.

Sincerely,

Tom Vasilatos

Tom Vasilatos

Neval - I sent this about ... I have not heard any reply since 12/12/89
Tom V

EXHIBIT D

18745 NE 109th Street
Redmond, WA 98052
(206) 868-3831

April 15, 1994

Mr. Terry Bishop
Loan Specialist
1011 East Main Street, Suite 306
Puyallup, WA 98372

RE: Prepayment of Wishing Well I Loan

Dear Terry:

I hereby request permission to prepay the Wishing Well I Loan.

The information per your Exhibit C is hereby submitted as a separate attachment, labeled Exhibit C.

I hereby certify that I will continue to administer housing in accordance with Fair Housing Policies.

I hereby also understand that the prepayment procedure could take more than 180 days.

Attached is a pay off commitment letter from Frontier Bank.

I look forward to your response.

Sincerely,

Tom Vasilatos

TV/sew

Enclosures

EXHIBIT E

# EXHIBIT C

REPORT ON PREPAYMENT

1. Name of Borrower: National Retirement Community Builders
2. Name of Project: Wishing Well I
3. Care and Project No. 5631911242804
4. Date of Loan Approvals – December 31, 1975
   Date of Transfers – February 23, 1984
5. Type of Borrower Entity and Plan of Operation:
   A private partnership organized to provide low income housing to elderly and specialized services as required through other government agencies or non profit organizations.
6. No. of Units: 40
7. No. of Eligible Tenants Presently Occupying Units: 40
8. Estimated Replacement Cost Per Unit: $41,500
9. It is too early to anticipate any displacement since it would be policy to replace no one until they would need to move due to health. However, in the event that the project was refinanced at 1 percent interest based on a $1,500,000 FmHA loan, the rents would all be increased by an average of 54.00. Based on our pro forma (Scenario #2) our rents will increase by an average of $33.00 per month, but expenses will decrease by $50.00 per month. Therefore we anticipate, on a worse case scenario, only an average increase of $8.00 per month.
10. ESTIMATED RELOCATION COST of the Household being Displaced: - $1,650 per person. None
11. An indication of displaced households ability to pay relocation costs. Any displaced person would pay only according to their ability. Volunteer and paid personnel from borrower would pay the difference. N/A
12. Income range of tenants in the project:

    Low: $ 4,817/year
    High: $18,899/year
    a. No. on R.A. presently: 22 @ $1,187 month
    b. No. paying overage: 17 @ $895 per month

13. No. of Elderly Tenants in the Project: 48
14. Present rents and projected rents after prepayment

| | 1 Br. | 2 Br. |
|---|---|---|
| Now | $236 | $286 |
| After | $244 | $294 |

EXHIBIT C
Page 2

15. No. and Type of Section 8 or R.A.:
Section 8 = 0 RA units = 26
a. Section 8 – N.A.

16. Any Cause of Displacement Other than Rent? No.

17. Unknown at the time.

18. T.B. Determined by District Office.

19. Date of Prepayment: Estimated @ October 1, 1994.

20 N.A. to this project.

21. N.A.

22. T.B.D.

23. T.B.D.

UNITED STATES DEPARTMENT OF AGRICULTURE
Farmers Home Administration

District Director I
Puyallup Executive Park
1011 E. Main, Suite 306
Puyallup, WA 98372

Tele: (206) 845-9272

Original Submission April 15, 1994

June 13, 1994

Received August 4, 1994

Mr. Tom Vasilatos
18745 NE 109th Street
Redmond, WA 98052

RE: Prepayment request of Wishing Well I

Dear Mr. Vasilatos:

Because I have been out of the office for the last 5 weeks, I was unable to respond to this request in a timely manner.

Your prepayment request is being returned as being incomplete. Enclosed with this letter is 1965-E, Exhibit C, "Checklist for Requesting Prepayment".

Please review this checklist. Various items are missing with your prepayment request such as:

~~[illegible]~~ DEBBI

Kemper 1. A market survey showing comparable rent structures.

Kemper 2. Census figures or other official statistics on the percentage of minorities in the market area.

T.V. ASAP 3. Specify the date in which you propose to prepay.

T.V. 4. A signed certification that you and successors in interest will continue to administer the housing in accordance with Fair Housing, (the present statement contains no signature) Send it back so I can sign it.

T.V. 5. The proposed language to be added to the lease of tenants entering the project after the date the prepayment request is made. ?

T.V. 6. A statement describing if you expect to prepay with or without restrictive-use provisions in the release documents. ?

Please review Exhibit C, and revise all documents to conform with this Exhibit.

If you have any questions please feel free to contact me.

Sincerely,

agree to keep them at the low

Terry Bishop

TERRY BISHOP
District Loan Specialist

FmHA Farmers Home Admini- -tion is an Equal Opportunity
Complaints of discrimination should be sent to:

EXHIBIT F

P-GV 00304