DEC 12 2000

**WISHING WELL I**
**4300 88TH STREET NE**
**MARYSVILLE, WASHINGTON 98270**

December 11, 2000

USDA
Sanjuanita Morin
Rural Development Specialits
1011 East Main Suite 306
Puyallup, Washington 98372

Reference: Wishing Well I

Dear Ms. Morin,

Wishing Well I was activated on January 1, 1976 and has therefore been in the Section 515 program for over 24 years. Since there were no restrictions to prepayment prior to December 1979, I hereby plan to prepay this project without restriction. Since the equity in this project is more than $2,000,000.00 and USDA has demonstrated no ability to reimburse such amounts especially during my previous requests in 1990 and 1994, I hereby need your waiver of the incentive package per the "NOTE" stated in the "Prepayment Processing highlights."
Thank you for your attention to this matter.

Sincerely,
Tom Vasilatos
Tom Vasilatos

EXHIBIT
Ex 32
Vasilatos

GV 2935

EXHIBIT G

USDA

United States Department of Agriculture

Rural Development

Multi-Family Housing Division
1011 East Main St., Suite 306
Puyallup, WA 98372-6771
TTY: 360-704-7760
FAX: 253-845-9106
TEL: 253-845-9272

Rural Business - Cooperative Service
Rural Housing Service
Rural Utilities Service

December 17, 2001

Tom Vasilatos - General Partner
18745 N. E. 109th Street
Redmond, WA 98052

SUBJECT: Pre-Payment Proposal
Wishing Well I Apartments

Dear Mr. Vasilatos:

This responds to your letter dated October 20, 2001 regarding the prepayment of your Rural Housing Service loan on Wishing Well I Apartments. During our meeting with you on June 5, 2001, we discussed our prepayment procedures and the process to follow if you want to prepay your loan. These procedures are outlined in RD Instructions 1965-E. In summary, we discussed that we are required to offer you an incentive to stay in the program if you apply to prepay under the 1965-E procedure. If you decline the incentive offer, we would then determine if we would accept or reject the prepayment.

Based on the information available at this time, it appears that the housing is needed and would very likely decline the request to prepay. You would have appeal rights offered to you at that time. If you did not appeal the decision or did not succeed in overturning our decision in the appeal process, the project would have to be offered for sale to a non-profit entity. If no bona fide offer was received in the 180 marketing period then we may consider allowing you to prepay the loan. This is a brief summary of the prepayment process. For a complete description of all processing steps, please refer to the 1965-E instruction.

We can not make a determination on the acceptance or rejection of the prepayment request until we actually receive a complete prepayment request. The solution that you have proposed in your letter is not an option we can pursue within the scope of our prepayment process. We understand your frustration with the prepayment process however, we do not have the flexibility nor the authority to allow a pay off of this loan as you have proposed.

EXHIBIT
Ex 35
Vasilatos



EXHIBIT H

GV 2930

You may obtain all RD forms and instructions online @ www.http://rdinit.usda.gov/regs/.

If you have any questions, please feel free to contact me at the telephone number listed above ext. 120.

Sincerely,

SANJUANITA MORIN
Rural Development Specialist

**Property:** **Wishing Well Apartments**

***Summary Calculations and Parameters***

| Calculations for damage period | | | |
|---|---|---|---|
| Present value of market rent cash flow before tax | $ | 604,880 | (Details of this calculation are on the "Cash Flow Projections" worksheet.) |
| - Present value of cash flow under loan restrictions | $ | 29,826 | (Details of this calculation are on the "Cash Flow Projections" worksheet.) |
| - Present value of mortgage benefit (for G4 properties) | $ | - | (Details of this calculation, if it applies, are on the "G4 Mortgage Benefit" worksheet.) |
| **= Total present value of lost cash flow before tax** | **$** | **575,054** | |

EXHIBIT I

**Cash flow parameters**

| | |
|---|---|
| Present value factor for market scenario | 11.50% |
| Present value factor for restricted scenario | 11.00% |
| Assumed date of judgment | September 2005 |

| Loans | Date | Amount | Interest Rate | Closing Costs | Term (Years) |
|---|---|---|---|---|---|
| Original mortgage | December 1975 | $ 536,700 | 8.13% | | 50 |
| Original mortgage #2 | | | | | |
| Date of breach / Prepayment of note | December 2000 | $ 303,606 | 8.25% | (From reserves) | 30 |
| (Damages begin with start of first full year of market rents) | January 2001 | | | | |
| Amount interest rate must drop to motivate refinancing | 1.25% | | | | |
| Assumed closing costs for any refinancing | 2.50% | | | | |
| Refinancing 1 | September 2002 | $ 299,248 | 7.00% | 2.50% | 28.3 |
| Refinancing 2 | #N/A | | | | |
| Refinancing 3 | #N/A | | | | |
| Refinancing 4 | #N/A | | | | |
| Rehab loan (if any) | | | | | |

| Restrictions on income | Original | Rehab | Total |
|---|---|---|---|
| Borrower's initial investment | $ 28,300 | | |
| Cap on borrower's annual return on investment | 8.00% | | |
| $ cap on borrower's annual return on investment | $ 2,264 | $ - | $ 2,264 |

**Rental income for this property**

| | |
|---|---|
| Base year | 2000 |

| Rental unit types | *1BR* | *2BR* | *2BR - L* | *3BR* |
|---|---|---|---|---|
| Number of rental units of each type | 32 | 7 | | |
| Monthly Rent Rate for each type in base year | $ 365 | $ 415 | | |
| Gross rental income in base year for each type | $ 140,160 | $ 34,860 | $ - | $ - |

| | |
|---|---|
| Total gross rental income in base year | $ 175,020 |
| Assumed % annual increase in rent | 2.50% |
| Assumed vacancy rate | 5.00% |