EXHIBIT K

**Property:** **Viewmont East Apartments**

***Summary Calculations and Parameters***

| | | | |
|---|---|---|---|
| **Calculations for damage period** | | | |
| Present value of market rent cash flow before tax | $ 2,562,065 | (Details of this calculation are on the "Cash Flow Projections" worksheet.) | |
| - Present value of cash flow under loan restrictions | $ 99,756 | (Details of this calculation are on the "Cash Flow Projections" worksheet.) | |
| - Present value of mortgage benefit (for G4 properties) | $ - | (Details of this calculation, if it applies, are on the "G4 Mortgage Benefit" worksheet.) | |
| = **Total present value of lost cash flow before tax** | **$ 2,462,309** | | |

**Cash flow parameters**

| | |
|---|---|
| Present value factor for market scenario | 11.50% |
| Present value factor for restricted scenario | 11.00% |
| Assumed date of judgment | September 2005 |

| **Loans** | **Date** | **Amount** | **Interest Rate** | **Closing Costs** | **Term (Years)** |
|---|---|---|---|---|---|
| Original mortgage | June 1989 | $ 1,433,141 | 8.00% | | 40 |
| Original mortgage #2 | | | | | |
| Date of breach / Prepayment of note | June 2009 | $ 1,036,908 | 6.00% | (From reserves) | 30 |
| (Damages begin with start of first full year of market rents) | January 2010 | | | | |
| Amount interest rate must drop to motivate refinancing | 1.25% | | | | |
| Assumed closing costs for any refinancing | 2.50% | | | | |
| Refinancing 1 | #N/A | | | | |
| Refinancing 2 | #N/A | | | | |
| Refinancing 3 | #N/A | | | | |
| Refinancing 4 | #N/A | | | | |
| Rehab loan (if any) | | | | | |

| **Restrictions on income** | Original | Rehab | Total |
|---|---|---|---|
| Borrower's initial investment | $ 231,590 | | |
| Cap on borrower's annual return on investment | 8.00% | | |
| $ cap on borrower's annual return on investment | $ 18,527 | $ - | $ 18,527 |

**Rental income for this property**

| | | | | |
|---|---|---|---|---|
| Base year | 1993 | | | |
| Rental unit types | *1BR* | *2BR* | *2BR - L* | *3BR* |
| Number of rental units of each type | 15 | 46 | | 15 |
| Monthly Rent Rate for each type in base year | $ 564 | $ 645 | | $ 701 |
| Gross rental income in base year for each type | $ 101,520 | $ 356,040 | $ - | $ 126,180 |
| Total gross rental income in base year | $ 583,740 | | | |
| Assumed % annual increase in rent | 2.50% | | | |
| Assumed vacancy rate | 5.00% | | | |

**Property:** **Heritage Apartments**

***Summary Calculations and Parameters***

| Calculations for damage period | | | |
|---|---|---|---|
| Present value of market rent cash flow before tax | $ | 2,142,308 | (Details of this calculation are on the "Cash Flow Projections" worksheet.) |
| - Present value of cash flow under loan restrictions | $ | 62,130 | (Details of this calculation are on the "Cash Flow Projections" worksheet.) |
| - Present value of mortgage benefit (for G4 properties) | $ | - | (Details of this calculation, if it applies, are on the "G4 Mortgage Benefit" worksheet.) |
| = Total present value of lost cash flow before tax | $ | 2,080,178 | |

**Cash flow parameters**

| | |
|---|---|
| Present value factor for market scenario | 11.50% |
| Present value factor for restricted scenario | 11.00% |
| Assumed date of judgment | September 2005 |

**Loans**

| | Date | Amount | Interest Rate | Closing Costs | Term (Years) |
|---|---|---|---|---|---|
| Original mortgage | June 1989 | $ 1,441,274 | 9.00% | | 40 |
| Original mortgage #2 | | | | | |
| Date of breach / Prepayment of note | June 2009 | $ 1,227,269 | 6.00% | (From reserves) | 30 |
| (Damages begin with start of first full year of market rents) | January 2010 | | | | |
| Amount interest rate must drop to motivate refinancing | 1.25% | | | | |
| Assumed closing costs for any refinancing | 2.50% | | | | |
| Refinancing 1 | #N/A | | | | |
| Refinancing 2 | #N/A | | | | |
| Refinancing 3 | #N/A | | | | |
| Refinancing 4 | #N/A | | | | |
| Rehab loan (if any) | | | | | |

**Restrictions on income**

| | Original | Rehab | Total |
|---|---|---|---|
| Borrower's initial investment | $ 144,239 | | |
| Cap on borrower's annual return on investment | 8.00% | | |
| $ cap on borrower's annual return on investment | $ 11,539 | $ - | $ 11,539 |

**Rental income for this property**

| | | | | |
|---|---|---|---|---|
| Base year | 1993 | | | |
| Rental unit types | *1BR* | *2BR* | *2BR - L* | *3BR* |
| Number of rental units of each type | 8 | 41 | | 7 |
| Monthly Rent Rate for each type in base year | $ 564 | $ 645 | | $ 701 |
| Gross rental income in base year for each type | $ 54,144 | $ 317,340 | $ - | $ 58,884 |
| Total gross rental income in base year | $ 430,368 | | | |
| Assumed % annual increase in rent | 2.50% | | | |
| Assumed vacancy rate | 5.00% | | | |