# In the United States Court of Federal Claims

Nos. 98-726C, 98-726-2C through 98-726-14C and
04-1299C & 04-1317C
(Consolidated)

(Filed: May 6, 2005)

| | |
|---|---|
| **GRASS VALLEY TERRACE, A CALIFORNIA LIMITED PARTNERSHIP, et al.,** | * |
| Plaintiffs, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

On May 4, 2005, an off-the-record telephonic status conference was held at the request of the parties in this case. During the status conference, the parties indicated that they have been discussing the possibility of settlement in this case. The parties further informed the Court that in the cases of Quincy Investment Group (04-1317C) and Northway Investment Group (04-1299C), they have encountered new issues and new areas of discovery that create the possibility that additional witnesses will be called in the case.

In view of these new developments, the Court hereby ORDERS the following:

(1) Fact and expert discovery in the cases of Quincy Investment Group and Northway Investment Group shall remain open until August 1, 2005.

(2) All deadlines (including the pretrial conference and trial itself) set forth in this Court's January 7, 2005, Trial Preparation Order are hereby suspended until further notice.

(3) The parties shall conduct intensive negotiations in an attempt to reach an amicable resolution of this case for the next 30 days.

(4) On June 3, 2005, the parties shall file a Joint Status Report advising the Court of any progress made toward settlement in this case. The status report should be at a level of

detail that includes a description of the number of meetings held by counsel, any issues on which the parties have reached an agreement, unresolved issues, and a recommendation as to how to further proceed in the case.

(5) A Joint Status Conference will be held in this case on Thursday, June 9, 2005, at 10:00 AM Eastern Time. The parties shall appear by telephone. The status conference will be held off the record unless counsel for either party affirmatively requests, by fax or email to this Chambers, at least five business days prior to the status conference, that a reporter be present. Counsel for the parties shall call Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 357-6483 on the day before the status conference with the phone number where they can be reached at the time of the status conference.

(6) Consideration of Defendant's pending Motion to Dismiss will continue while the parties discuss settlement.

s/ Edward J. Damich
Edward J. Damich
Chief Judge