**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GRASS VALLEY TERRACE,
a California Limited Partnership, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**File Nos. 98-726C; 98-726-2C through 98-726-14C; 04-1299C & 04-1317C**
**Chief Judge Edward J. Damich**

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY**

The parties recently completed briefing on defendant's motion to dismiss certain claims on statute of limitations grounds. *See* Defendant's Motion to Dismiss in Nos. 98-7265C and 98-72613C. A status conference was then held on Thursday May 5, 2005, during which the Court solicited the parties' views as to whether oral argument should be held on defendant's motion.

After reviewing defendant's reply brief and conferring with their clients, plaintiffs have determined that oral argument would not be necessary on defendant's motion so long as they are provided the opportunity to submit a sur-reply in response to defendant's reply brief. Plaintiffs believe that defendant's reply presents certain issues beyond the scope of its original motion that warrant a brief response. Thus, plaintiffs request leave to submit a sur-reply brief within two weeks from the date of this filing, May 25, 2005. Should the Court deny this motion for leave, however, plaintiffs believe that oral argument would be necessary to clarify the issues presented to the Court.

Accordingly, plaintiffs respectfully request that the Court grant Plaintiffs' Motion for Leave to File Sur-reply for good cause shown, or, in the alternative, schedule oral argument on defendant's motion to dismiss.

Dated: May 11, 2005

**Filed Electronically**

**s/Jeff H. Eckland**

Jeff H. Eckland
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: 612-305-4444
Fax: 612-305-4439