**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

GRASS VALLEY TERRACE,
a California Limited Partnership, *et al*.,

Plaintiffs,

v.

THE UNITED STATES

Defendant.

**File No. 98-726C and consolidated cases**
**(Chief Judge Edward J. Damich)**

---

**MOTION FOR LEAVE TO**
**FILE JOINT STATUS REPORT**

Plaintiffs Grass Valley Terrace, *et al*., hereby move for leave to file the parties' Joint Status Report dated June 3, 2005, which is being submitted to the Court contemporaneously herewith. Pursuant to the Court's Order of May 6, 2005, the status report was due on June 3, 2005.

The parties reached agreement regarding the terms of the Joint Status Report on June 3, 2005. The parties also agreed that plaintiffs would electronically file the report with the Court that day. Counsel for plaintiffs therefore attempted to complete the filing several times throughout the evening of June 3, 2005, starting at around 6:45 p.m. EST and continuing until about 12:00 a.m. EST. Each time counsel attempted to file the document, however, the system would not permit the filing to be completed. To be specific, counsel received an error message referring to "error code 71. -1" and "error code 70. -1" each time counsel attempted to complete the final step of the filing process.

Counsel for plaintiffs is aware, based on a notification sent out on June 1, 2005, that the Court's electronic filing system was unavailable for part of the day on June 4, 2005. Counsel

also understands that the parties' inability to complete the filing at issue on June 3, 2005 may have related to the system maintenance that was performed on June 4, 2005.

Plaintiffs also note that neither party will be prejudiced by the granting of this motion. Accordingly, plaintiffs request that the Court, for good cause shown, grant this Motion for Leave and accept for filing the parties' Joint Status Report dated June 3, 2005, which is being filed with the Court contemporaneously herewith.

Dated: June 7, 2005

**Filed Electronically**

**s/ Jeff H. Eckland**
Jeff H. Eckland
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis MN 55402
Tele: 612-305-4444
Fax: 612-305-4439