**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GRASS VALLEY TERRACE,
a California Limited Partnership, *et al*.,

Plaintiffs,

**File Nos. 98-726C; 98-726-2C through 98-726-14C; 04-1299C & 04-1317C**
**Chief Judge Edward J. Damich**

v.

THE UNITED STATES

Defendant.

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, plaintiffs respectfully request an enlargement of eight days, up to and including June 28, 2005, for the purpose of filing their Reply in Support of Plaintiff's Motion for Substitution of Plaintiff in Case No. 98-7263C and their Reply in Support of Plaintiff's Motion for Substitution of Plaintiff in Case No. 98-7264C. Pursuant to the Court's Order of June 16, 2005, plaintiffs' replies are currently due on June 20, 2005. This is plaintiffs' second request for an enlargement of time for this purpose, as plaintiffs previously requested and were granted an extension of seven days in Case No. 98-7263C and four days in Case No. 98-7264C. Plaintiffs have informed counsel for the United States of their intention to seek this enlargement of time and the United States does not object to, nor intend to oppose, this motion.

Counsel for plaintiffs continue to work on the two reply briefs at issue, but have been unable to complete the filings by the current deadline. The parties are continuing their exchanges and discussions regarding possible settlement in this case, and plaintiffs are currently preparing a detailed submission to defendant for this purpose. At the same time, plaintiffs are

preparing for the additional discovery and possible trial of this matter that will be required in the event that a settlement is not reached. Plaintiffs are also currently engaged is discovery in *Sheyenne Development v. United States*, No. 96-755C, and other related matters.

Accordingly, plaintiffs respectfully request that the Court grant this Unopposed Motion for Enlargement of Time for good cause shown and extend the current deadline for filing their Reply in Support of Plaintiff's Motion for Substitution of Plaintiff in Case No. 98-7263C and Case No. 98-7264C by eights days up to and including June 28, 2005.

Dated: June 20, 2005

**Filed Electronically**

**s/Jeff H. Eckland**

Jeff H. Eckland
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: 612-305-4444
Fax: 612-305-4439