**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GRASS VALLEY TERRACE,
a California Limited Partnership, *et al.*,

Plaintiffs,

**File Nos. 98-726C; 98-7263C**
**Chief Judge Edward J. Damich**

v.

THE UNITED STATES

Defendant.

**DECLARATION OF JEFF H. ECKLAND**

I, Jeff H. Eckland, declare as follows:

1. I am an attorney with the firm of Eckland & Blando LLP in Minneapolis, Minnesota, and I am the attorney of record for the plaintiffs in this action. I am also a member of the bar of this court. I make this declaration in support of Plaintiffs' Motion for Substitution in case no. 98-7263C. All facts stated herein are based upon my personal knowledge.

2. Since the death of plaintiff Marjorie Kassner, I and my firm have dealt directly with Mr. Russell Kassner, Marjorie Kassner's son and heir, on all matters related to this litigation. Mr. Kassner has taken over the administration of his mother's claims in this action since her death, and signed a retainer agreement with my firm on behalf of the estate.

3. Thus, at the time the Motion for Substitution in this matter was filed, I had obtained approval from Mr. Kassner to file the motion on his behalf. At that time, I did not have the authority to request substitution on behalf of Ms. Gretchen Kassner and Mr. Mark Blaine Walker, who are the other two heirs to Ms. Kassner's interest in this suit. Since the filing of

plaintiffs' motion for substitution, however, I have obtained authorization to request substitution on behalf of those two individuals as well.

4. I understand that neither Russell Kassner, Mark Blaine Walker, Gretchen Kassner, nor James Hardee, Esq. (the personal representative of the estate of Marjorie Kassner) has been served with the Suggestion of Death filed by defendant in this matter.

5. I do not represent Mr. Hardee, nor am I the attorney for the estate of Marjorie Kassner.

6. Attached hereto as Exhibit A is an "Order Admitting Will to Probate and Appointing Personal Representative," which names Mr. Hardee as the personal representative of the estate of Marjorie Kassner.

7. Attached hereto as Exhibit B is a facsimile from K. Sjoden (Leader in Rural Development) to R. Hansen (BCP Specialist), dated September 17, 2001, with attachments. This document was produced in the course of discovery in this matter and was introduced as an exhibit during the deposition of Russell Kassner in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2005, in Minneapolis, Minnesota.

Jeff H. Eckland

Jeff H. Eckland