STATE OF WYOMING )
)ss.
COUNTY OF CONVERSE )

IN THE DISTRICT COURT

EIGHTH JUDICIAL DISTRICT

Probate No. 4881

IN THE MATTER OF THE ESTATE )
OF )
MAJORIE JEAN KASSNER, )
Deceased. )

Filed for Record this 17 day of Sept A.D. 1999
JO WINTERS
Clerk of the District Court
Converse County, Wyoming

## ORDER ADMITTING WILL TO PROBATE AND APPOINTING PERSONAL REPRESENTATIVE

THE PETITION of JAMES A. HARDEE being filed in the above entitled matter, praying for admission to Probate of a certain document filed herein, purporting to be the Last Will and Testament of MAJORIE JEAN KASSNER., deceased, and for appointment of Personal Representative thereof, and that letters testamentary be granted, this day regularly coming on to be heard; and after examining said Petition, and the proofs of evidence in support of said Will from which it appears that said document is the Last Will and Testament of MAJORIE JEAN KASSNER, deceased, that it was executed in all particulars as required by law; and that said Testator died on the 8th day of September, 1999; the Testator was a resident of the County of Converse in the State of Wyoming at the time of death; and that the value of said estate is estimated at $900,000.00.

IT IS ORDERED, that the said document heretofore filed, purporting to be the Last Will and Testament of MAJORIE JEAN KASSNER, deceased, is hereby admitted to probate; that JAMES A. HARDEE be and is hereby appointed Personal Representative thereof, and that letters testamentary thereon issue to JAMES A. HARDEE upon his taking oath as required by law, bond having been waived by said Will.

DATED this 16th day of September, 1999.

BY THE COURT:

BARTON R. VOIGT
District Court Judge

DISTRICT COURT
STATE OF WYOMING }ss.
Converse County
CERTIFIED to be a full true and correct copy of the original in my custody.
DATED Sept. 17, A.D. 1999.
Clerk of the District Court
Deputy

MY TERM WILL EXPIRE ON THE 1st MONDAY IN JANUARY 2003

EXHIBIT A

STATE OF WYOMING )
)ss.
COUNTY OF CONVERSE )

IN THE DISTRICT COURT

EIGHTH JUDICIAL DISTRICT

Probate No. 4881.

IN THE MATTER OF THE ESTATE )
)
OF )
)
MAJORIE JEAN KASSNER, )
)
Deceased. )

Filed for Record this 17 day of Sept. A.D. 1999
JO WINTERS–
Clerk of the District Court
Converse County, Wyoming

## LETTERS TESTAMENTARY

The Last Will and Testament of MAJORIE JEAN KASSNER, deceased, having been filed, proved and admitted to probate by an Order, dated the 16 day of September, 1999, and issued the by District Court for the Eighth Judicial District, within and for the County of Converse, in the State of Wyoming,; and JAMES A . HARDEE, having been appointed by said Court Order as Personal Representative of the said Decedent's estate, and having heretofore sworn and subscribed an Oath to perform the duties of that office according to law;

THESE LETTERS TESTAMENTARY ISSUE to confirm the appointment of JAMES A. HARDEE as Personal Representative of the estate of MAJORIE JEAN KASSNER, deceased.

WITNESS, Jo Winters, Clerk of the District Court for the Eighth Judicial District, within and for the County of Converse, in the State of Wyoming, with the Seal of the said Court affixed this 17th day of September, 1999.

Jo Winters
JO WINTERS
Clerk of District Court
Beth Lundberg Deputy

MY TERM WILL EXPIRE ON THE 1st MONDAY IN JANUARY 2003

DISTRICT COURT
STATE OF WYOMING } ss.
Converse County
CERTIFIED to be a full true and correct copy of the original in my custody.
DATED Oct 22 A.D. 2001
JO WINTERS
Clerk of the District Court
, Deputy

MY TERM WILL EXPIRE ON THE 1st MONDAY IN JANUARY 2003

DOCKET
JUDGMENT 4
JOURNAL
PAGE 147
INDEX

TOTAL P.03