001

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2766 |
| CONNECTION TEL | 13072616339 |
| CONNECTION ID | |
| ST. TIME | 09/17 07:01 |
| USAGE T | 02'39 |
| PGS. SENT | 8 |
| RESULT | OK |

USDA RURAL DEVELOPMENT
1441 EAST M STREET, SUITE A
TORRINGTON, WY 82240

PHONE 307-532-4880, X 4
FAX 307-532-5783

# facsimile transmittal

| | | | |
|---|---|---|---|
| To: | Rod Hansen, BCP Specialist | Fax: | 307-261-6339 |
| From: | Karlene Sjoden, Leader in Rural Development | Date: | 09/17/01 |
| Re: | Wyandot Village Assignment assigning the Option to Purchase | Pages: | 8 includes this page |
| CC: | Jack Hyde, Area Supervisor w/o attach | | |

X Urgent ☐ For Review ☐ Please Comment x Please Reply ☐ Please Recycle

Notes: Good Morning,

Attached is a copy of the Assignment assigning the Option to Purchase tWyandot Village and a copy of the Option to Purchase to the heirs of the Estate of Marjorie Kassner.

Mr. Hardy has the original assignment in his office. Please advise when and where the original assignment goes.

Thank you,
Karlene
Karlene Sjoden
Rural Development

EXHIBIT
210

GV 1239

EXHIBIT B

SEP 14 2001

Jw

gm

# LAW OFFICE

*900 South Grant Street*
*Douglas, Wyoming 82633*

*Phone: (307) 358-6818*
*Fax: (307) 358-3398*

***James A. Hardee***
*Attorney at Law*
*Sole Proprietor*

***Nancy L. Williams***
*Attorney at Law*
*Sole Proprietor*

September 13, 2001

Russell Kassneer
237 Laredo
Hewitt, TX 76643

Mark Walker
1820 MacTavish Court #130
Rawlins, WY 82301

Gretchen Kassner
11701 Washington, Apt. 1405
Northglen, CO 80233

RE: Estate of Marjorie Kassner

Dear Russell, Mark and Gretchen:

Karlene - FYI
Original Assignment is in my office. Let me know when + where you need it. Jeff

Enclosed please find a check as and for your cash distribution under the Order of Distribution in the Estate of Marjorie Kassner. Also enclosed please find a copy of the Assignment assigning the Option to Purchase the Wyandot Village property to the three of you. A copy of the Assignment has been forwarded to the U.S.D.A. and Mr. Machacek. This means that from this point forward all further dealings with respect to the sale of Wyandot Village Apartments will be through the three of you directly. We have provided your names, addresses and phone numbers to U.S.D.A. and Mr. Machacek. Our office will be happy to assist in whatever else is necessary to close the sale, but from this point forward we have no authority with respect to the sale itself.

I will continue to sign the monthly checks for Wyandot until the estate closes officially as a convenience to the parties and will be doing some further "wind-up" matters, i.e.. tax returns, etc., before the estate is actually closed in full. I will keep you advised as those matters are completed.

If you have any questions regarding the sale itself please contact Karlene Sjoden, USDA Rural Development, 1441 East M Street, Suite A, Torrington, WY, 82240-3521, (307)

SEP 14 2001

532-4880, fax (307) 532-5783 or Gary Machacek, P.O. Box 2232, Boise, Idaho, 82701, (208) 343-2929, fax (208) 343-2296.

We are also enclosing a receipt for your signature, acknowledging the transfer of the property and the receipt of the check and assignments. Please sign, notarize and return the receipts to this office as soon as possible.

As always, if you have any questions please feel free to contact me at your convenience.

Yours very truly,

James A. Hardee
Attorney at Law

JAH/mb
Enclosures:
Assignment
Check
Decree of Distribution
Receipt Form

xc: Karlene Sjoden
Gary Machacek

SEP 14 2001

# HEIRS OF THE MARJORIE KASSNER ESTATE

Russell Kassner
237 Laredo
Hewitt, TX 76643
(254) 420-1717 Home
(254) 420-3096 Work

Mark Walker
1820 MacTavish Court #130
Rawlins, WY 82301
(307) 324-0035 Home
(307) 328-1441 Work

Gretchen Kassner
11701 Washington, Apt. 1405
Northglen, CO 80233
(303) 788-9983 Home
(303) 797-9622 Work

KNOW ALL MEN BY THESE PRESENTS, that the Estate of Majorie Jean Kassner, aka Marjorie W. Kassner, aka Marjorie Kassner, aka Marjorie Walker, pursuant to Court Order entered on the 15th day of May 2001, in the District Court, Eighth Judicial District, Converse County, Wyoming, Probate No.4881, has bargained, sold, conveyed, and assigned, and by these presents does hereby bargain, sell, convey and assign to Russell Kassner, Mark Walker and Gretchen Kassner, their heirs, executors, administrators, and assigns all of said estate's right, title and interest in and to the following described property, to wit:

**That certain Option dated the 17th day of April, 2001, wherein Gary A. Machacek or his assigns obtained an option to purchase the Wyandot Village Apartments, Douglas, Converse County, Wyoming, a copy of which is attached hereto as Exhibit "A",**

together with all rights (including the right to receive payments), duties or obligations therein described. To have and to hold the same unto the said assignee, its administrators and assigns forever, and I do hereby make, constitute and appoint the said assignee my true and lawful attorney in my name or otherwise but at its own proper costs and charges to have, use and take all lawful ways and means for the enjoyment of all rights, duties and privileges therein contained as fully as I might or could do it these presents were not made.

WITNESS my hand and seal this 13th day of September, 2001.

James A Hardee
JAMES A. HARDEE
Personal Representative of the
Estate of Marjorie Kassner

STATE OF WYOMING )
)ss.
COUNTY OF CONVERSE )

The above and foregoing instrument was subscribed, sworn to and acknowledged before me by JAMES A. HARDEE, this 13th day of September, 2001.

Witness my hand and official seal.

Misty Burback
NOTARY PUBLIC

My Commission Expires

NOTARY PUBLIC
MISTY BURBACK

GV 1243

SEP 1 4 2001

IN WITNESS WHEREOF, the Seller hereunto has set this name this 17TH day of April, ~~19~~ 2001.

SIGNED IN PRESENCE OF:

Janae Williams

James A. Harder
Seller/Authorized Representative

Address of Seller: 900 S, Grant

Douglas, Wyo. 82633

This Option is presented by or on behalf of:

Gary Machacek
P.O. Box 2232
Boise, Idaho 83701
(208) 343-2919