# In the United States Court of Federal Claims

Nos. 98-726C, 98-726-2C through 98-726-14C and
04-1299C & 04-1317C
(Consolidated)

(Filed: July 13, 2005)

************************************
**GRASS VALLEY TERRACE, A CALIFORNIA LIMITED PARTNERSHIP, et al.,** *

Plaintiffs, *

v. *

**THE UNITED STATES,** *

Defendant. *
************************************

**ORDER**

On June 29, 2005, the parties filed a Joint Status Report in which they indicated that their settlement talks continue to make progress in this case. They further indicated that additional discovery would be necessary if settlement is not ultimately reached. As of this time, discovery in this case is set to close on August 1, 2005. Because settlement negotiations will be continuing through the end of this month, the parties requested that the discovery deadline be suspended until settlement talks have concluded. Rather than suspend the deadline indefinitely, the Court will extend it by two months, until **October 1, 2005**. If at that time, additional discovery is still necessary, the parties may seek leave for another extension.

The parties also explained in significant detail the progress that has been achieved toward settlement. The Court believes that additional efforts are warranted in this regard, and orders that the parties continue their efforts, and report their progress back to the Court in a Joint Status Report to be filed on **July 29, 2005**.

s/ Edward J. Damich
Edward J. Damich
Chief Judge