**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GRASS VALLEY TERRACE,
a California Limited Partnership, *et al*.,

Plaintiffs,

v.

THE UNITED STATES

Defendant.

**File No. 98-726C and consolidated cases**
**(Chief Judge Edward J. Damich)**

# JOINT STATUS REPORT

Pursuant to the parties' prior Joint Status Report dated August 19, 2005, the parties respectfully submit the following Joint Status Report concerning their progress with respect to the potential for settlement in this case.

The parties are continuing to make good progress in their efforts to resolve their disagreements as to the proper calculation of damages for the properties at issue. As stated in their prior Joint Status Report, the parties have begun preparing damages analyses for certain properties based on their respective positions as to the proper assumptions to be made, and have narrowed the number of parameters on which they disagree.

Subsequent to that filing, the parties completed their first exchange of damages analyses and held numerous discussions regarding the results of these analyses. Through these discussions, the parties are working to resolve what appear to be certain discrepancies between the parties' analyses as to both (a) the damages models being employed by each party, and (b) the proper documentation to be used as support for the analyses. As a result of these efforts, the

parties have agreed to engage in further document exchanges and prepare additional analyses in an attempt to ensure that future analyses conducted as part of this process are performed in a consistent manner. Thus, once the parties are able to resolve the apparent discrepancies between their damages models, they plan to continue conducting analyses of the remaining properties at issue in this case.

Based upon the foregoing, the parties jointly propose that the suspension of deadlines set forth in the Court's May 5, 2005 Order remain in effect as the parties continue their negotiations, and that the parties file another joint status report concerning their progress in this matter on or before October 20, 2005. In addition, the parties request that the current deadline of October 1, 2005 for the completion of any additional discovery needed should the parties' current efforts to resolve this case short of trial fail be extended to December 1, 2005. This will enable the parties to continue to focus their efforts on resolving their differences as to the proper calculation of damages for each of the properties in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division

Minneapolis, MN 55402
Tele: (612) 305-4444
Fax: (612) 305-4439

*Attorney for Plaintiff*

**Filed Electronically with the**
**Consent of the Attorney for Defendant**

September 14, 2005

Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643

*Attorneys for Defendant*