# In the United States Court of Federal Claims

Nos. 98-726C, 98-726-2C through 98-726-14C and
04-1299C & 04-1317C
(Consolidated)

(Filed: September 30, 2005)

*************************************
**GRASS VALLEY TERRACE, A CALIFORNIA LIMITED PARTNERSHIP, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
*************************************

**ORDER**

On September 14, 2005, the parties filed a Joint Status Report indicating that they have continued to make progress in working toward settlement. Although the Report was a bit scant on details relating to the date, time, and place of each meeting conducted, it appears that progress has nonetheless, been made. In addition, the parties requested that the suspension of deadlines set forth in the Court's May 6, 2005 Order remain in effect, as the parties continue to work toward settlement. Additionally, the parties requested that the current deadline for the completion of discovery be extended from October 1, 2005 to December 1, 2005. In light of nature and purpose of these requests, and because tangible progress has been made, the suspension of deadlines will remain in effect, and the deadline for discovery will be extended. Accordingly, the Court hereby ORDERS the following:

1. The parties shall submit Joint Status Reports on or before **October 20, 2005**, and **November 18, 2005.** These reports shall provide the Court with more detail than previous reports, and shall include a descriptive summary of each substantive discussion, and the date, time, and place of each discussion. In addition, each report shall include a recommendation as to how to further proceed in the case.

2. All discovery in this case shall close on **December 1, 2005.**

s/ Nancy B. Firestone
EDWARD J. DAMICH
By: NANCY B. FIRESTONE
Acting Chief Judge