**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GRASS VALLEY TERRACE,
a California Limited Partnership, *et al*.,

Plaintiffs,

v.

THE UNITED STATES

Defendant.

**File No. 98-726C and consolidated cases**
**(Chief Judge Edward J. Damich)**

**JOINT STATUS REPORT**

Pursuant to the Court's Order of September 30, 2005, the parties respectfully submit the following Joint Status Report concerning their progress with respect to the potential for settlement in this case.

Since the filing of the parties' last Joint Status Report on October 20, 2005, counsel for the parties have continued to make strong and measured progress in their efforts to resolve their remaining differences regarding the proper calculation of damages for the properties in this case, as well as numerous other cases that have been referred to the Court's Alternative Dispute Resolution ("ADR") pilot program. The parties exchanged further sets of damages analyses on November 7, 2005 and November 8, 2005, each of which included a specific proposed damages amount. The parties also have continued to consult with their experts in connection with the preparation of these analyses. In addition, the parties have held numerous additional conferences, including extensive discussions that were held on November 8, 2005 and November 9, 2005.

Through these discussions, the parties believe that they have substantially resolved their previously-reported disagreement regarding the apparent discrepancies between their respective damages models. In addition, the parties have further narrowed the gap between their positions, in particular with respect to one key damages assumption that appears to represent the primary difference between the parties' respective positions. As a result of these efforts, the parties agreed to produce additional damages analyses based on modified assumptions, and are in the process of doing so. The parties believe that if they are able to resolve their differences with respect this key assumption, they will be able to arrive at a single damages calculation for a majority of the properties in this case. In addition, the parties have discussed at length certain property-specific issues that may impact the calculation of damages for the remaining properties at issue.

The parties also held a further status conference with Judge Horn (the ADR judge) on November 11, 2005. As a result of this hearing, the parties are scheduled to hold an in-person conference with Judge Horn on January 18, 2006. These efforts pursuant to the ADR process have greatly assisted the parties' efforts toward settlement in this case, and the parties expect that their continuing work in the ADR process, including the above-mentioned hearing, will continue to do so.

The parties also note that the deadline for the completion of additional discovery in this case is currently set for December 1, 2005. The parties wish to continue to focus their efforts on the potential resolution of this matter rather than engaging in the discovery that will be required should their efforts ultimately prove unsuccessful. Therefore, the parties request until January 31, 2006 for the completion of additional discovery in this matter.

The parties remain hopeful that their current efforts will produce a methodology that can be applied to all of the properties in this case, as well as the cases that have been designated for ADR or stayed pending the outcome of the ADR proceedings. In sum, the parties have been pleased with their progress to date and desire to continue with their efforts to reach an amicable resolution of this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 305-4444
Fax: (612) 305-4439

*Attorney for Plaintiff*

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643

*Attorneys for Defendant*

**Filed Electronically with the**
**Consent of the Attorney for Defendant**

November 18, 2005