**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GRASS VALLEY TERRACE, a California Limited Partnership, et al., ,

Plaintiffs,

vs.

THE UNITED STATES,

Defendant.

Civil No. Nos. 98-726C, 98-726-2C through 98-726-14C and 04-1299C & 04-1317C

**Chief Judge Edward J. Damich**

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, plaintiffs respectfully request an enlargement of time of ten days, up to and including February 2, 2006, for the purpose of filing on behalf of plaintiff ABCD Trust a motion to join or substitute real parties in interest, or to demonstrate that ABCD Trust is, in fact, a real party in interest in the captioned action. This Court's Order of December 21, 2005, directed that such a motion be filed on or before January 23, 2006. This is plaintiffs' first request for an enlargement of time for this purpose. Plaintiffs have informed counsel for the United States of their intention to seek this enlargement of time, and the United States does not object to, nor intend to oppose, this motion.

In its Order of December 21, 2005, the Court held that plaintiff ABCD Trust should be provided the opportunity to either (a) produce sufficient evidence that it is the real party in interest in this matter, or (b) file an appropriate motion to join or substitute the real parties in interest. *See* Slip Op. at 16, 18. In response to the Court's Order, counsel for plaintiffs has taken steps to collect all relevant documentation that might bear on the question of whether the ABCD Trust or the five individuals, or both, are the real parties in interest under RCFC 17. Despite counsel's best efforts, and the best efforts of the client, the documents at issue are still being

collected and forwarded for review and analysis. Counsel anticipates that all relevant information will be in their hands in the near future and that counsel will then be in a position to provide the Court with the requested legal analysis in the context of an appropriate motion.

Accordingly, plaintiffs respectfully request that the Court grant this Unopposed Motion for Enlargement of Time for good cause shown and extend the current deadline for filing a motion to add or substitute the real parties in interest by ten days, up to and including February 2, 2006.

Dated: January 20, 2006

**Filed Electronically**

**s/Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: 612-236-0160
Fax: 612-236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

M2:20768826.01