**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GRASS VALLEY TERRACE, a California Limited Partnership, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | **Civil No. 98-726C; 98-726-2C through 98-726-14C; 04-1299C & 04-1317C**<br><br>**Chief Judge Edward J. Damich**<br><br>**DECLARATION OF CHRISTOPHER KOH IN SUPPORT OF MOTION OF PLAINTIFF ABCD TRUST TO SUBSTITUTE INDIVIDUALS AS REAL PARTIES IN INTEREST** |

I, Christopher J. Koh, declare as follows:

1. I am a Trustee of the ABCD Trust, one of the named plaintiffs in the above-captioned action. I make this Declaration in support of the motion, brought on behalf of the Trust pursuant to RCFC 17(a), to substitute five individuals as real parties in interest in place of the Trust. All facts asserted herein are based upon my personal knowledge.

2. My family acquired Viewmont East Apartments and the Heritage Apartments, both of which are located in Port Orchard, Washington, in 1989. Mortgages on these properties had been issued originally by the Farmers Home Administration ("FmHA") in about 1977 and 1979. In connection with our acquisition of the properties, my mother, my three siblings and I signed Assumption Agreements with the FmHA on June 30, 1989.

3. Copies of the Assumption Agreements for Viewmont and Heritage are attached as Exhibits A and B to this Declaration. The "assuming parties" on the Assumption Agreements were identified as Maria L. Koh, Audrey S. Koh, Christopher J. Koh, Barbara E. Koh, and David A. Koh. Maria L. Koh is my mother. Audrey, Barbara and David are my siblings. The Assumption Agreements were signed on behalf of my siblings and myself by my father, James C.Y. Koh, under a power of attorney.

4. In July 1991, in connection with some family estate planning, my interest and that of my three siblings in the Viewmont and Heritage properties was transferred by quit claim deed to a previously created revocable family trust called the ABCD Trust. A copy of the ABCD Revocable Trust Agreement ("Trust Agreement") is attached as Exhibit C to this Declaration.

5. As stated in the Trust Agreement, the Trust and its properties are held at all times for the benefit of the Trustors, namely myself and my three siblings. *See* Trust Agreement ¶ 3.1. Thus, the creation of the Trust resulted in no change in the beneficial ownership of the two properties.

6. Under the Trust Agreement, the Trustees are given "as to the Trust Estate and in execution of [the] Trust all the rights, powers, and privileges which an absolute owner of the same property would have, ..." (Trust Agreement ¶ 4). At the time this action was filed through today, my brother David and I have been Trustees of the ABCD Trust.

7. Consistent with the Trust's status as a revocable trust, all of the Trustors (my siblings and myself) retain the right to terminate the Trust Agreement with property held by the Trust being redistributed upon termination in equal shares to the original Trustors. (Trust Agreement ¶ 3.2).

8. In April 1991, in connection with the same estate planning exercise that led to creation of the ABCD Trust, my mother Maria Koh transferred her individual twenty percent interest in the Viewmont and Heritage properties by quit claim deed into the James C.Y. Koh and Maria Koh L. Trust. A copy of that Trust Agreement is appended hereto as Exhibit D.

9. Under the terms of the James C.Y. Koh and Maria L. Koh Trust Agreement, the Trust and its properties are held for the benefit of the Trustors, namely my mother and my father, during their lives. *See* Trust Agreement Article II, ¶ 2.1. Thus, my mother continued to have a

beneficial ownership interest in the two properties following the transfer of her interest into the Trust.

10. My mother was one of the original trustees of the James C.Y. Koh and Maria L. Koh Trust Agreement. My brother David and I are the current trustees of that Trust.

I declare under penalty of perjury that the foregoing it true and correct. Executed on January 31, 2006, in Seattle, King County, Washington

Christopher J. Koh

Christopher J. Koh

M2:20769745.01