ARTICLE VII

GENERAL PROVISIONS

7.1 Any and every action taken in good faith by the Trustee in the exercise of any power, authority, judgment or discretion conferred hereunder shall be conclusive and binding upon the persons interested in the assets of the Trust Estate.

7.2 With regard to life insurance or annuities; all incidents of ownership shall remain with the Trustee for the duration of the Trust and upon termination of the Trust all incidents of ownership shall pass to such person or persons as the insured or annuitant shall designate in writing.

7.3 The term "children" as used in this Trust shall mean and include any and all children born to or legally adopted by beneficiaries named or described herein, however, a child of a beneficiary legally adopted by a party other than the spouse of the beneficiary shall not be included in the definition of children as used herein nor shall a person who is eighteen years or older when adopted.

7.4 The meaning of the term "education" as used in this Trust shall include college, university, graduate or vocational school and all other types of general educational training as well as elementary, high school, and preparatory schooling, including such travel and other costs as are necessary.

7.5 No share or interest in principal or income of this Trust Estate shall be liable for the debts of any beneficiary nor subject to the process of seizure of any Court, nor an asset in the bankruptcy of any beneficiary; and no beneficiary hereunder shall have the power to anticipate, alienate, or encumber his or her interest in the Trust Estate or the income therefrom.

7.6 Notwithstanding anything contained herein to the contrary, any trust created by this instrument or its Schedules shall terminate within the period limited by the law of the state which controls an asset of that trust. In the event any trust created herein shall exceed such period, it shall be deemed terminated on the date limited by state law, and Trustee shall pay the principal and accumulated income, if any, of such trust to the beneficiary or beneficiaries then receiving distributions; but such termination and distribution shall be only to the extent required by such state law, and all other provisions of the trust shall remain in full effect.

7.7 The word "Trustee" as used anywhere herein shall mean and include a male, female, or corporate Trustee or any number or combination of Co-Trustees.

7.8 In every case where Trustee is given discretionary power or direction, Trustee's decision shall be in his, her, or its sole discretion.

ARTICLE VIII

CONTROLLING LAW

8.1 This Trust has been accepted by the Trustee in the State of Washington, and its validity, construction and rights shall be governed by the laws of that State. If any provision of this instrument is unenforceable, the remaining provisions, nevertheless, shall be carried into effect.

IN WITNESS WHEREOF, Trustors have subscribed this Trust and its Schedule and the initial Trustees have accepted this Trust this 5th day of April, 1991.

TRUSTEES:

James C. Y. Koh
JAMES C. Y. KOH, TRUSTEE

Maria L. Koh
MARIA L. KOH, TRUSTEE

TRUSTORS:

Audrey S. Koh
AUDREY S. KOH, TRUSTOR, by
James C. Y. Koh
Attorney in Fact
under P/A dtd 4-4-91

James C. Y. Koh
JAMES C. Y. KOH, Attorney in Fact

Barbara E. Koh
BARBARA E. KOH, TRUSTOR, by
James C. Y. Koh
Attorney in Fact
under P/A dtd 4-4-91

James C. Y. Koh
JAMES C. Y. KOH, Attorney in Fact

Christopher J. Koh
CHRISTOPHER J. KOH, TRUSTOR, by
James C. Y. Koh
Attorney in Fact
under P/A dtd 4-4-91

James C. Y. Koh
JAMES C. Y. KOH, Attorney in Fact

David A. Koh
DAVID A. KOH, TRUSTOR, by
James C. Y. Koh
Attorney in Fact
under P/A dtd 4-4-91

James C. Y. Koh
JAMES C. Y. KOH, Attorney in Fact

THE ABCD TRUST

SCHEDULE A

Referred to in, and hereby made a part of, the THE ABCD TRUST dated the 5th day of April, 1991.

ASSETS

Cash in the amount of One Hundred Dollars ($100.00).

Audrey S. Koh

AUDREY S. KOH, TRUSTOR, by
James C. Y. Koh
Attorney in Fact
under P/A dtd 4-4-91

James C. Y. Koh

JAMES C. Y. KOH, Attorney in Fact

Barbara E. Koh

BARBARA E. KOH, TRUSTOR, by
James C. Y. Koh
Attorney in Fact
under P/A dtd 4-4-91

James C. Y. Koh

JAMES C. Y. KOH, Attorney in Fact

Christopher J. Koh

CHRISTOPHER J. KOH, TRUSTOR, by
James C. Y. Koh
Attorney in Fact
under P/A dtd 4-4-91

James C. Y. Koh

JAMES C. Y. KOH, Attorney in Fact

David A. Koh

DAVID A. KOH, TRUSTOR, by
James C. Y. Koh
Attorney in Fact
under P/A dtd 4-4-91

James C. Y. Koh

JAMES C. Y. KOH, Attorney in Fact

ACKNOWLEDGMENT

STATE OF WASHINGTON, )
) ss.
County of King, )

On this day personally appeared before me JAMES C. Y. KOH, to me known to be the individual whose name is subscribed to the within and foregoing THE ABCD TRUST and its SCHEDULES, as attorney in fact of Audrey S. Koh and acknowledged that he signed Audrey S. Koh's name thereto and his name as attorney in fact.

GIVEN under my hand and official seal this 5th day of April, 1991.

NOTARY PUBLIC in and for the State of Washington, residing at Kent.
My appointment expires 2/14/94.

NOTARY PUBLIC
STATE OF WASHINGTON
LINDA CARDWELL
Appointment Expires 2-14-94

STATE OF WASHINGTON, )
) ss.
County of King, )

On this day personally appeared before me JAMES C. Y. KOH, to me known to be the individual whose name is subscribed to the within and foregoing THE ABCD TRUST and its SCHEDULES, as attorney in fact of Barbara E. Koh and acknowledged that he signed Barbara E. Koh's name thereto and his name as attorney in fact.

GIVEN under my hand and official seal this 5th day of April, 1991.

NOTARY PUBLIC
STATE OF WASHINGTON
LINDA CARDWELL
Appointment Expires 2-14-94

Linda Cardwell
NOTARY PUBLIC in and for the State of Washington, residing at Kent.
My appointment expires 2-14-94.

STATE OF WASHINGTON, )
) ss.
County of King, )

On this day personally appeared before me JAMES C. Y. KOH, to me known to be the individual whose name is subscribed to the within and foregoing THE ABCD TRUST and its SCHEDULES, as

attorney in fact of Christopher J. Koh and acknowledged that he signed Christopher J. Koh's name thereto and his name as attorney in fact.

GIVEN under my hand and official seal this 5th day of April, 1991.

NOTARY PUBLIC STATE OF WASHINGTON LINDA CARDWELL Appointment Expires 2-14-94

[signature]
NOTARY PUBLIC in and for the State of Washington, residing at ________.
My appointment expires ________.

STATE OF WASHINGTON, )
) ss.
County of King, )

On this day personally appeared before me JAMES C. Y. KOH, to me known to be the individual whose name is subscribed to the within and foregoing THE ABCD TRUST and its SCHEDULES, as attorney in fact of David A. Koh and acknowledged that he signed David A. Koh's name thereto and his name as attorney in fact.

GIVEN under my hand and official seal this 5th day of April, 1991.

NOTARY PUBLIC STATE OF WASHINGTON LINDA CARDWELL Appointment Expires 2-14-94

[signature]
NOTARY PUBLIC in and for the State of Washington, residing at Kent.
My appointment expires 2-14-94.

**THE ABCD TRUST**
**REVOCABLE TRUST AGREEMENT**

**RESIGNATION OF TRUSTEES,**
**CONTINUATION OF TRUST, AND**
**ACCEPTANCE OF SUCCESSOR CO-TRUSTEES**

**Reference** is made to that certain revocable trust agreement ("Agreement") dated April 5, 1981, under which AUDREY S. KOH, BARBARA E. KOH, CHRISTOPHER J. KOH, and DAVID A. KOH, as Trustors, and JAMES C.Y. KOH and MARIA L. KOH, as Trustees, established THE ABCD TRUST.

**RECITALS**

A. Pursuant to Paragraph 2.1 of the Agreement, the trust was to continue during such time as either JAMES C.Y. KOH or MARIA L. KOH were serving as Trustee. In the event both of them resigned as Trustee, the trust could be either continued or terminated by a majority vote of the Trustors.

B. Pursuant to Paragraph 6.1 of the Agreement, at such time as neither JAMES C.Y. KOH nor MARIA L. KOH were serving as Trustee, the Trustors, AUDREY S. KOH, BARBARA E. KOH, CHRISTOPHER J. KOH, and DAVID A. KOH, shall serve as Co-Trustees.

C. JAMES C.Y. KOH and MARIA L. KOH both desire to resign as Trustees. AUDREY S. KOH, BARBARA E. KOH, CHRISTOPHER J. KOH, and DAVID A. KOH each desires to continue the trust and each is willing to serve as Co-Trustee.

**THEREFORE**, in consideration of the mutual promises and obligations herein expressed, the parties agree as follows:

JAMES C.Y. KOH and MARIA L. KOH do hereby resign, effective August 8, 1995, as Trustees.

AUDREY S. KOH, BARBARA E. KOH, CHRISTOPHER J. KOH, and DAVID A. KOH do hereby unanimously agree that the trust shall continue and that the terms and provisions of the Agreement shall remain in full force and effect.

AUDREY S. KOH, BARBARA E. KOH, CHRISTOPHER J. KOH, and DAVID A. KOH each hereby agrees to serve as successor Co-Trustee.

DATED this 18th day of May, 1995.

JAMES C.Y. KOH
Trustee

MARIA L. KOH
Trustee

STATE OF WASHINGTON )
) ss
COUNTY OF KING )

I certify that I know or have satisfactory evidence that JAMES C.Y. KOH is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

Dated this 18th day of May, 1995.

(Signature of Notary)

Marcia K. Fujimoto
(Legibly Print or Stamp Name of Notary)

MARCIA K. FUJIMOTO
STATE OF WASHINGTON
NOTARY --•-- PUBLIC
My Commission Expires 4-15-98

NOTARY PUBLIC in and for the State of Washington, residing at Seattle, Washington.
My appointment expires 4/15/98.

STATE OF WASHINGTON )
) ss
COUNTY OF KING )

I certify that I know or have satisfactory evidence that MARIA L. KOH is the person who appeared before me, and said person acknowledged that she signed this instrument and acknowledged it to be her free and voluntary act for the uses and purposes mentioned in the instrument.

Dated this 18th day of May, 1995.

(Signature of Notary)

Marcia K. Fujimoto
(Legibly Print or Stamp Name of Notary)

MARCIA K. FUJIMOTO
STATE OF WASHINGTON
NOTARY --•-- PUBLIC
My Commission Expires 4-15-98

NOTARY PUBLIC in and for the State of Washington, residing at Seattle, Washington.
My appointment expires 4/15/98.