ACCEPTED this 10 day of June, 1995.

AUDREY S. KOH
Successor Co-Trustee

STATE OF ~~CALIFORNIA~~ WASHINGTON )
) ss
COUNTY OF King )

I certify that I know or have satisfactory evidence that AUDREY S. KOH is the person who appeared before me, and said person acknowledged that she signed this instrument and acknowledged it to be her free and voluntary act for the uses and purposes mentioned in the instrument.

Dated this 10th day of June, 1995.

(Signature of Notary)

Marcia K. Fujimoto
(Legibly Print or Stamp Name of Notary)

MARCIA K. FUJIMOTO
STATE OF WASHINGTON
NOTARY PUBLIC
My Commission Expires 4-15-98

NOTARY PUBLIC in and for the State of ~~California~~ Washington, residing at Seattle, WA.
My appointment expires 4/15/98.

ACCEPTED this 10th day of June, 1995.

Barbara E. Koh
BARBARA E. KOH
Successor Co-Trustee

STATE OF CALIFORNIA )
) ss
COUNTY OF ________ )

I certify that I know or have satisfactory evidence that BARBARA E. KOH is the person who appeared before me, and said person acknowledged that she signed this instrument and acknowledged it to be her free and voluntary act for the uses and purposes mentioned in the instrument.

Dated this 10th day of June, 1995.

Marcia K. Fujimoto
(Signature of Notary)

Marcia K. Fujimoto
(Legibly Print or Stamp Name of Notary)

MARCIA K. FUJIMOTO
STATE OF WASHINGTON
NOTARY --- PUBLIC
My Commission Expires 4-15-98

NOTARY PUBLIC in and for the State of ~~California~~ Washington, residing at Seattle, WA
My appointment expires 4/15/98.

ACCEPTED this 18th day of May, 1995.

Christopher J. Koh
CHRISTOPHER J. KOH
Successor Co-Trustee

STATE OF WASHINGTON )
) ss
COUNTY OF KING )

I certify that I know or have satisfactory evidence that CHRISTOPHER J. KOH is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

Dated this 18th day of May, 1995.

Marcia K. Fujimoto
(Signature of Notary)

MARCIA K. FUJIMOTO
STATE OF WASHINGTON
NOTARY --•-- PUBLIC
My Commission Expires 4-15-98

Marcia K. Fujimoto
(Legibly Print or Stamp Name of Notary)

NOTARY PUBLIC in and for the State of Washington, residing at Seattle, Washington.
My appointment expires 4/15/98.

ACCEPTED this 18th day of May, 1995.

DAVID A. KOH
Successor Co-Trustee

STATE OF WASHINGTON )
) ss
COUNTY OF KING )

I certify that I know or have satisfactory evidence that DAVID A. KOH is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

Dated this 18th day of May, 1995.

(Signature of Notary)

Marcia K. Fujimoto
(Legibly Print or Stamp Name of Notary)

MARCIA K. FUJIMOTO
STATE OF WASHINGTON
NOTARY -- PUBLIC
My Commission Expires 4-15-98

NOTARY PUBLIC in and for the State of Washington, residing at Seattle, Washington.
My appointment expires 4/15/98.

kohjx.505171
50413.a02

# THE ABCD TRUST
# REVOCABLE TRUST AGREEMENT

## RESIGNATION OF TRUSTEES, CONTINUATION OF TRUST, AND ACCEPTANCE OF CO-TRUSTEES

Reference is made to that certain revocable trust agreement ("Agreement") dated April 5, 1991, under which AUDREY S. KOH, BARBARA E. KOH, CHRISTOPHER J. KOH, and DAVID A. KOH, as trustors, and JAMES C.Y. KOH and MARIA L. KOH, as trustees, established THE ABCD TRUST, and to the Resignation of Trustees, Continuation of Trust, and Acceptance of Successor Co-Trustees dated August 8, 1995, under which JAMES C.Y. KOH and MARIA L. KOH resigned as trustees, and AUDREY S. KOH, BARBARA E. KOH, CHRISTOPHER J. KOH, and DAVID A. KOH accepted as successor Co-Trustees.

## RECITALS

A. Pursuant to the documents referred above, the current Co-Trustees of the ABCD Trust are AUDREY S. KOH, BARBARA E. KOH, CHRISTOPHER J. KOH, and DAVID A. KOH.

B. Because they live outside the state of Washington, AUDREY S. KOH and BARBARA E. KOH each desires to resign as Co-Trustees of the ABCD Trust, and CHRISTOPHER J. KOH and DAVID A. KOH each desires to continue the trust and each is willing to continue to serve as Co-Trustees.

Therefore in consideration of the mutual promises and obligations herein expressed, the parties agree as follows:

AUDREY S. KOH and BARBARA E. KOH do hereby resign, effective July 7, 1997 as Trustees.

AUDREY S. KOH, BARBARA E. KOH, CHRISTOPHER J. KOH, and DAVID A. KOH do hereby unanimously agree that the trust shall continue and that the terms and provisions of the Agreement shall remain in full force and effect.

CHRISTOPHER J. KOH, and DAVID A. KOH agree to continue to serve as Co-Trustees.

DATED this 7 day of June, 19 97.

Audrey S. Koh
Trustee

Barbara E. Koh
Trustee

State/Commonwealth of CA

County of SF

On this the 16 7th day of June, 1997 before me personally appeared Audrey S. Koh, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he/she executed same as his/her free act and deed.

Notary Public

Title (and Rank)

My commission expires

JON WAI LEE
Comm. #1070143
NOTARY PUBLIC - CALIFORNIA
City & County of San Francisco
Comm. Exp. Sept. 8, 1999

Notary Address:

MAIL BOXES ETC.
4104 24TH STREET
SAN FRANCISCO, CA 94114

______________________________
Audrey S. Koh
Trustee

Barbara E. Koh
______________________________
Barbara E. Koh
Trustee

State/Commonwealth of ______________________________

County of ______________________________

On this the __________day of ____________________, 19___, before me personally appeared Audrey S. Koh, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he/she executed same as his/her free act and deed.

______________________________
Notary Public

______________________________
Title (and Rank)
My commission expires ______________________________

Notary Address: ______________________________

______________________________

______________________________

______________________________

~~State/Commonwealth of~~ ______________

~~County of~~ Consulate General of the United States of America at Hong Kong ) SS:

On this the 17th day of June, 1997 before me personally appeared Barbara E. Koh, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that ~~he~~/she executed same as ~~his~~/her free act and deed.

____________________
~~Notary Public~~

DONNA . ANDERSON
AMERICAN CONSUL

____________________
Title (and Rank)
My commission expires N/A

Notary Address: ______________

ABCOTR.DOC