**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

GRASS VALLEY TERRACE,
a California Limited Partnership, *et al*.,

Plaintiffs,

v.

THE UNITED STATES

Defendant.

**File No. 98-726C and consolidated cases**
**(Chief Judge Edward J. Damich)**

---

**JOINT STATUS REPORT**

The parties respectfully submit the following Joint Status Report in response to the Court's Order of January 31, 2006. In that Order, the Court requested that the parties state their positions on whether this case should be referred to the ADR program or stayed pending the resolution of the related cases in the ADR program.

The parties have conferred regarding the issues raised by the Court, and believe that this case should be referred to the ADR program. As previously reported, the ongoing settlement discussions in the ADR process concern not only the cases that have been formally referred to ADR, but also hundreds of related cases, including this one, that are pending before the Court in various stages of litigation. Indeed, a number of properties at issue in this case have been prominent in the parties' ADR discussions. Accordingly, the parties are in agreement that the ultimate resolution of this matter would be promoted by formally referring the case to the ADR program. The parties further suggest that they file a further Joint Status Report with the Court within fourteen days after the ADR process has concluded.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: February 14, 2006

**Filed Electronically**
**With the consent of the**
**Attorney for Defendant**

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*