**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GRASS VALLEY TERRACE, a California Limited Partnership, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

File Nos. 98-726C, 98-726-2C through 98-726-14C, and 04-1299C & 04-1317C

**Chief Judge Edward J. Damich**

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiffs Grass Valley Terrace, *et al.*, hereby move the Court for leave to file the Amended Complaint being submitted contemporaneously herewith. Specifically, Plaintiffs seek to amend their Complaint to reflect (1) the substitution of D&G Apartments, for Plaintiff Eileen Kothe, who is deceased, and (2) the substitution of Mr. James A. Hardee, the personal representative of Plaintiff Margorie Kassner's Estate, for Ms. Kassner, who is deceased.

Counsel for plaintiffs has conferred with counsel for Defendant regarding the filing of this motion, and Defendant does not oppose the present motion.

**DISCUSSION**

On May 17, 2005, Plaintiffs filed a Motion for Substitution of Plaintiff Eileen Kothe. On the same date, Plaintiffs filed a Motion for Substitution of Plaintiff Margorie Kassner. The Court granted both motions in companion Orders issued on January 31, 2006. In those Orders, the Court directed the Clerk to change the caption of the case to reflect the substitution of these two parties. (Since that time, the official caption of the cases has been so modified by the Clerk.) The Court also ordered Plaintiffs to file an amended complaint reflecting the substitution of these parties on or before February 28, 2006.

Prior to that time, however, this case was formally referred to the Court's Alternative Dispute Resolution ("ADR") program, where settlement negotiations related to numerous related cases were proceeding before the Honorable Marian Blank Horn. *See* Order of February 23, 2006. On the same date, the Court issued a Notice of Assignment pursuant to Appendix H of the Court's rules referring the case to the ADR program, with instructions that no further filings should be made in the underlying case. *See* Notice of Assignment to Marian Blank Horn, ADR Judge (Feb. 23, 2006) ("No filings with the Clerk by the court or the parties are contemplated under the Alternative Dispute Resolution procedures other than scheduling orders, if appropriate, or an order or stipulation providing for final disposition of the case."). Plaintiffs therefore did not file an amended complaint in this matter subsequent to the referral of the case to ADR.

As the Court is aware, the ADR process has proven successful and the parties are working to finalize and obtain approval for a settlement agreement that will encompass this case and nearly 250 related cases pending before the Court. Prior to executing the settlement agreement, the parties are striving to ensure that there is no uncertainty regarding the identity of the plaintiffs whose claims are encompassed by, and therefore will be resolved by, the settlement agreement. Therefore, Plaintiffs request leave to file an Amended Complaint to reflect the substituted parties as set forth in the Court's Order of January 31, 2006. Amendment of the Complaint at this time is appropriate and will ensure that all parties, as well as the Court, can be certain as to the identity of the parties whose claims are included within the settlement agreement.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion for leave to file the Amended Complaint being submitted contemporaneously herewith.

Dated: August 10, 2006

Respectfully submitted,

**Filed Electronically**

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

M2:20812536.01