# In the United States Court of Federal Claims

Nos. 98-726C, 98-726-2C through 98-726-14C and
04-1299C & 04-1317C
(Consolidated)

(Filed: August 29, 2007)

************************************
**GRASS VALLEY TERRACE,** *
**A CALIFORNIA LIMITED** *
**PARTNERSHIP, et al.**, *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
************************************

**ORDER**

The parties are hereby ORDERED to file, on or before **September 28, 2007**, a joint status report ("JSR") addressing the anticipated timetable for disposition of this action pursuant to the alternative dispute resolution recently conducted for this class of cases. The parties shall also advise the Court in the JSR if there are any pending impediments to successful disposition.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge